UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA

Angeline Payne
Plaintiff,
v.
Secretary of Veterans Affairs, et al
Defendant.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 01 2025
KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Civil Action No.: 25-CV-01703-SCJ-JEM

MOTION FOR RECONSIDERATION OF DENIAL OF IN FORMA PAUPERIS STATUS

COMES NOW the Plaintiff, Angeline Payne, and respectfully moves this Honorable Court to reconsider the denial of her Application to Proceed In Forma Pauperis (IFP) pursuant to 28 U.S.C. § 1915. In support of this Motion, Plaintiff states the following:

1. Plaintiff initially submitted an IFP Application on [Insert Date] based on her current financial inability to pay filing fees and court costs.

2. The Court denied the IFP request on April, 04, 2025, citing a corporation is an artificial entity that can act only through agents, cannot appear pro say, it must be represented by council..

3. Since the denial, Plaintiff has faced significant barriers to accessing justice, including the inability to afford filing fees. These barriers threaten her constitutional right to due process and access to the courts.

4. Plaintiff is submitting with this Motion an updated and complete financial affidavit (attached as Exhibit A) which further supports her claim of indigency.

5. Plaintiff is pursuing urgent judicial relief due to a potentially unconstitutional action in a state court matter and must be able to access federal review without financial obstruction.

WHEREFORE, Plaintiff respectfully requests this Honorable Court:

Reconsider the denial of her IFP status;

Grant her leave to proceed without prepayment of fees; and Grant any other relief this Court deems just and proper.

Respectfully submitted this 1st day of May, 2025.

:Angeline-Lavern: Payne ~©

Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
May 01, 2025

# EXHIBITS A-G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Angeline Payne
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, ET AL,
Defendant.

Case No.: 25-CV-01703-SCJ-JEM

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Angeline Payne
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, ET AL,
Defendant.

Case No.: 25-CV-01703-SCJ-JEM

EXHIBIT A
Envelope postmarked April 9, 2025
This exhibit contains the envelope allegedly sent by the court or agency, bearing a postmark of April 9, 2025, which supports Plaintiff's claims of mail delay or tampering.

:Angeline-Lavern:Payne ~©

CHÉ ALEXANDER
CLERK OF THE SUPERIOR & MAGISTRATE COURTS
FULTON COUNTY COURTHOUSE
136 PRYOR STREET SW
ATLANTA, GA 30303

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 30303 $ 000.69⁰
02 7W
0008034280 APR 09 2025

326 AA 1 N C9004/18/25
UNABLE TO FORWARD/FOR REVIEW
**C014**

BC: 30349213385 DU *2091-06423-18-44



# EXHIBIT B

Envelope with "Unable to Forward / For Review" Markings
This exhibit contains the envelope marked with ambiguous postal notations, supporting Plaintiff's claim of improper delivery or intentional misdirection.

:Angeline-Lavern:Payne ~©
Signature
Angeline Payne
Date: May 01, 2025

CHÉ ALEXANDER
CLERK OF THE SUPERIOR & MAGISTRATE COURTS
FULTON COUNTY COURTHOUSE
136 PRYOR STREET SW
ATLANTA, GA 30303

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 30303 $ 000.69⁰
02 7W
0008034280 APR 09 2025

326 AA 1 N C0004/18/25
UNABLE TO FORWARD/FOR REVIEW
**C014**

BC: 30349213385 DU *2091-06423-18-44

30349213385

# Exhibit C

EXHIBIT C
Screenshot of Internal Delivery App Showing No Record of Magistrate's Mail
This digital screenshot demonstrates the absence of an image for the expected court mailing, indicating it was not processed through the usual mail tracking system.

: Angeline-Lavera: Payne ~©
Signature
Angeline Payne
Date: May 01, 2025

The Exhibit is Digital and will have to be made available at the time of hearing due to login requirements

:Angeline-Lavern:Payne ~©

May 01, 2025

# Exhibit D

EXHIBIT D
Affidavit from Children and adult Granddaughter Regarding Mail Delivery
This affidavit confirms that no mail was received on April 23, 2025, and that mail with a partially sealed envelope was discovered on April 24, 2025.

:Angeline-Lavern: Payne ~©
Signature
Angeline Payne
Date: May 01, 2025

AFFIDAVIT OF TRUTH

Regarding Mail Delivery and Lack of Court Notice – April 23–25, 2025
Magistrate Court of Fulton County, Georgia

I, the undersigned, submit this sworn affidavit to affirm the following statements of truth regarding the delivery and inspection of mail at the residence located at:

4585 Spring Valley Parkway, South Fulton Georgia 30349

We, the undersigned individuals, each checked the household mailbox on or around April 23–24, 2025, and affirm the following occurrences:

1. Earth Payne

On Wednesday, April 23, 2025, at approximately 8:00 p.m., I, Earth Payne, checked the mailbox and retrieved only the South Fulton Neighbor newspaper. No mail or court-related documents were present.

Signature: Earthp

Printed Name: Earth

Date: 04/25/2025

2. Kayla McNeil

On Wednesday, April 23, 2025, at approximately 9:30 p.m., I, Kayla McNeil, returned home from the grocery store and checked the mailbox, specifically looking for a letter regarding Medicaid for my son. No mail or court documents were found.

On Wednesday, April 23, 2025, I also received a general mail delivery notification from the post office. There was no indication in that notice of a letter or document from the Magistrate Court.

Signature: Kayla McNeil

Printed Name: Kayla Mcneil

Date: 04-25-2025

3. Sky Payne

On Wednesday, April 23, 2025, at approximately 12:00 a.m. to 12:30 a.m., I, Sky Payne, checked the mailbox after returning home from work. No mail correspondence or legal mail was present.
It was raining that evening.

Signature: Sky R Payne

Printed Name: Sky Payne

Date: 04/25/2025

4. Tiajwanna Thompson

On Thursday morning, April 24, 2025, at approximately 9:13 a.m., I, Tiajwanna Thompson, arrived home from my night shift at work and checked the mailbox. At that time, I retrieved all mail from the mailbox, includillled was a blue envelope from the 'Magistrate Court, which my grandmother opened immediately when I brought the mail into the home.

Signature: Tiajwanna Thompson

Printed Name: Tiajwanna Thompson

Date: 04/25/2025

Perjury Clause

We declare under penalty of perjury under the laws of the United States of America and the State of ~~[Your State]~~ Georgia that the foregoing is true and correct to the best of our knowledge and belief. – Georgea

Executed on this 25 day of April 2025.

# Exhibit E

EXHIBIT E

Timeline and Summary of Mail Irregularities with Noted Mail Truck Passings

This timeline includes events of April 24, 2025, detailing early morning and afternoon mail truck passings and discrepancies in delivery times corroborated by witnesses.

:Angeline-Lavone:Payne ©

Signature

Angeline Payne

Date: May 01, 2025

IN THE SUPERIOR COURT OF FULTON COUNTY], STATE OF GEORGIA

Petitioner: Angeline Payne
v.
Respondent: Secretary of Veteran Affairs, et al

Case Number: 24ED273255

MOTION TO COMPEL DOCKETING, CLARIFICATION OF JURISDICTIONAL STATUS, AND PAPER TRAIL DISCLOSURE

COMES NOW, the Petitioner, Angeline Payne, and respectfully moves this Honorable Court to issue clarification regarding the status and jurisdiction of the above-referenced matter, and to compel proper docketing and disclosure of all administrative actions taken regarding this case.

1. Petitioner's case, originally filed in the Magistrate, was referred by the Appeals Court to the Superior Court of Fulton County under case number A24D0416.

2. Despite this referral by the higher court, the case was never docketed by the Superior Court, and no case number was assigned at the time of transfer.

3. Subsequently, without notice, judicial order, or remand documentation, the case was mysteriously re-docketed in the Magistrate Court under a new case number, December 3rd, 2024. Petitioner was not notified, served, or given opportunity to be heard on this matter, even though allegedly a marshall came out to the property at 4585 Spring Valley Parkway on December 19th and notoriously served Angela Payne, 850-year-old black female, age 50, 298 lbs. who does not fit the description of the plaintiff.

4. These actions appear to violate both due process and established judicial procedures. The absence of a paper trail and the failure to formally docket the case in Superior Court raise serious concerns about procedural integrity and possible administrative misconduct.

5. Petitioner seeks a full accounting of:

Why the Superior Court did not docket the case after referral from the Appeals Court;

Who authorized the redirection of the case back to the Magistrate Court;

Under what authority such action was taken absent a remand order;

A full paper trail of all inter-court communications, clerk notations, orders, and filings relevant to this matter.

WHEREFORE, Petitioner respectfully requests this Honorable Court to:

Docket the referred case formally with an assigned case number;

Clarify, in writing, the legal and procedural grounds for any action or inaction;

Provide an official record of the paper trail associated with the case's movement between courts;

Schedule a hearing, if necessary, to resolve jurisdictional confusion and ensure due process is upheld.

Respectfully submitted,
Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
April 30, 2025

## PROCEDURAL HISTORY AND TIMELINE OF EVENTS

1. On or about April 9, 2025, Plaintiff was mailed a hearing notice by the Magistrate Court of Fulton County.

2. Plaintiff did not receive this notice until April 24, 2025, the same day of the scheduled hearing, at approximately 8:30 AM. The envelope was partially open with only a small piece of tape securing it.

3. Plaintiff filed a Request for Continuance and a Motion to Stay Writ of Possession on April 25, 2025, the same day she learned of the hearing having taken place in her absence.

4. On April 30, 2025, Plaintiff received a Default Judgment notice dated April 25, 2025.

5. Evidence shows that the Magistrate Clerk's Office is using the Crown Road Mail Processing Center for delivery, and that the envelope containing the court notice does not appear in Plaintiff's internal USPS delivery tracking application, indicating potential mail tampering.

6. Plaintiff's granddaughter confirmed by affidavit that no mail was delivered on April 23, 2025, and mail was found in the mailbox only on April 24, 2025.

7. Plaintiff and daughter both witnessed a USPS mail truck deliver mail between 8:00 AM and 8:30 AM on April 24, 2025, with a second delivery around 2:30 PM.

8. The Superior Court has failed to provide a docket number in response to Plaintiff's appeals, raising concerns about systemic administrative negligence or obstruction.

# EXHIBIT F

Request for Continuation of Hearing and Motion to Stay Writ of Possession
This exhibit includes the formal request submitted to the Magistrate Court of Fulton County, State of Georgia, in reference to:
Case No.: 24ED329189
Plaintiff: Secretary of Veterans Affairs, Et. al.
Defendant: Angeline Payne

This request was submitted on April 25, 2025, prior to receiving any hearing date notice, and demonstrates Defendant's timely and good-faith effort to participate in court proceedings and protect due process rights.

:Angeline-Laverm:Payne ©
May 02, 2025

Envelope # 17995361

**MAGISTRATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

CASE: Secretary of Veterans Affairs, an Officer of the United States vs. Angeline Payne ,???And All Others???

**TO:** Angeline L Payne
4585 SPRING VALLEY PARKWAY
COLLEGE PARK GA 30349

**CIVIL ACTION NO**: 24ED329189

## NOTICE OF HEARING

ON **04/24/2025 AT 9:00 AM IN COURTROOM 6J OF** THE FULTON COUNTY JUSTICE TOWER, 185 CENTRAL AVENUE, ATLANTA, GEORGIA 30303, ALL MATTERS IN THIS MAGISTRATE LANDLORD – TENANT ACTION WILL BE HEARD BEFORE THE PRESIDING JUDGE. **ATTENDANCE IS MANDATORY.**

ALL PARTIES MUST **APPEAR IN PERSON**.

PLEASE FOLLOW GENERAL SAFETY GUIDELINES AND RULES

**GENERAL SAFETY GUIDELINES AND RULES FOR MAGISTRATE COURT BUSINESS**

- All individuals entering the Justice Center shall comply with CDC and Georgia Department of Public Health guidelines.
- **Litigants who are experiencing illness (including fever) who seek a continuance, must file a written request with a doctor's excuse into the case file maintained by the Clerk of Court at least 24 hours before the scheduled hearing. Emails or calls requesting a continuance will not be considered.**
- Please practice caution and consideration at all times. Visitors may wear masks and facial coverings in courtrooms, lobby spaces, and the Clerk's Office.
- Parties are encouraged to factor the additional time involved with entrance lines when calculating their arrival time to the Justice Center. Late arrivals may result in a Default Judgment entered against you or dismissal of your case.

Please email magistrate.jarequests@fultoncountyga.gov or call (404) 613-5360 with any general questions about these safety guidelines. Our staff cannot provide legal advice.

Ché Alexander
Ché Alexander, Clerk
Fulton County Superior & Magistrate Court

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Secretary of Veterans Affairs, et al
Plaintiff
v.
Angeline Payne
Defendant

Case No.: 24ED329189

REQUEST FOR CONTINUATION OF HEARING AND MOTION TO STAY WRIT OF POSSESSION

COMES NOW the Defendant, Angeline Payne], and respectfully submits this Request for Continuation of Hearing and Motion to Stay Writ of Possession in the above-captioned matter. In support thereof, Defendant shows the Court the following:

1. Improper Notice of Hearing:
Defendant did not receive proper and timely notice of the scheduled court date, which was set for April 24, 2025 at 9 a.m. As a result, Defendant was unable to appear and defend herself in the matter. The lack of adequate notice constitutes a violation of due process rights.

2. Request for Continuation:
Defendant respectfully requests that the Court set aside any judgment that may have been issued and grant a continuation of the hearing to allow Defendant a fair opportunity to be heard.

3. Urgent Motion to Stay Execution of Writ of Possession (If Issued):
If a Writ of Possession has already been issued by the Court, the Defendant respectfully requests that the Court stay the execution of said writ until a proper hearing can be held on the matter.
The immediate enforcement of the writ would result in significant and irreparable harm to the Defendant, especially given the procedural irregularities leading up to the current state of the case.

4. Equity and Fairness:
Defendant believes that fairness and equity demand that this case be heard on its merits, and not dismissed due to procedural issues outside of Defendant's control.

WHEREFORE, the Defendant respectfully prays that this Honorable Court:

Grants this Motion for Continuation of Hearing;

Stays any Writ of Possession that may have been issued;

Schedules a new hearing date with proper notice to all parties;

And grants such further relief as the Court deems just and proper.

Respectfully submitted this 25th day of April.

Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com

To the Honorable Judge,

My name is Angeline Payne], the Defendant in Case No. 24ED329189, I am respectfully requesting a continuation of my court hearing and a stay of the Writ of Possession (if one has been issued).

I missed my court date on April 24, 2025 because I did not receive proper notice. I was unaware of the date until it had already passed.

I am asking the Court to please allow me a fair opportunity to be heard by continuing the case and halting any eviction process until that time.

I am here today in person to submit this request and hope the Court will consider it urgently, as I may be at risk of losing my housing.

Thank you for your time and understanding.

Sincerely,
Angeline Payne : Angeline-Lareon: Payne ~ ©
404-202-2169
angelpayne1@gmail.com
Date: April 25, 2025

**IN THE MAGISTRATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

Secretary of Veterans Affairs, an Officer of the United States
Plaintiff/Landlord,
v.
Angeline Payne, "And All Others"
Defendant/Tenant(s).

Civil File No. 24ED329189

☒ Motion to Strike/Default Judgment
☐ Judgment on the Pleadings
☐ Trial Judgment
☐ Dismissal by Court
☐ Dismissal by Landlord

**ORDER AND JUDGMENT**

This matter came before the Court for hearing without a jury. Having considered the pleadings, evidence, argument, and law, the Court finds as follows: ☒ Tenant did not appear by 9:30am ☐ Landlord did not appear

**LANDLORD'S CLAIM FOR POSSESSION:** Answer is stricken

☐ Landlord **IS NOT** entitled to a writ of possession.

☐ Landlord **IS NOT** seeking a writ of possession.

☒ Landlord **IS** entitled to a WRIT OF POSSESSION ☒ *instanter* or ☐ upon application after seven (7) days from the date of entry of this judgment.

**LANDLORD'S CLAIM FOR MONEY DAMAGES:**

☐ FOR THE LANDLORD and against the Tenant in the amount of $______________ principal (which sum includes rent through ____________________) plus court costs and statutory interest.

☐ FOR THE TENANT and against the Landlord. Landlord failed to prove claim.

☐ Landlord's claim for money damages is DENIED / DISMISSED WITHOUT PREJUDICE.

**TENANT'S COUNTERCLAIM:**

☐ FOR THE LANDLORD and against the Tenant. Tenant failed to prove counterclaim.

☐ FOR THE TENANT and against the Landlord on the counterclaim in the amount of $________________ principal plus court costs and statutory interest.

☒ Tenant's counterclaim is DISMISSED WITHOUT PREJUDICE.

**OTHER:** Notice sent to all parties on 4/9/2025. No return mail or change of address on record.

= Never Received = Notice of Default 4/30

**APPEAL:** If Tenant appeals this Judgment and wishes to remain on the premises, Tenant MUST make the following payments into the reviewing Superior or State Court Registry: (1)$__________ (which constitutes the full amount of the MONEY JUDGMENT plus the balance of _________'S RENT), no **later than SEVEN (7) DAYS from the date of entry of this Order AND** (2) MONTHLY RENT of $__________ by the 5th of each month beginning __________. Failure to comply may result in an immediate writ of possession. *See* O.C.G.A. § 44-7-56.

NO DIRECT APPEAL FROM DEFAULT

IT IS SO ORDERED, on this the 24 day of April, 2025.

Linda Borsky
JUDGE LINDA BORSKY
FULTON COUNTY MAGISTRATE COURT

2.

**MAGISTRATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

CASE: Secretary of Veterans Affairs, an Officer of the United States vs. Angeline Payne ,???And All Others???

**TO:** Angeline L Payne
4585 SPRING VALLEY PARKWAY
COLLEGE PARK GA 30349

**CIVIL ACTION NO: 24ED329189**

CHÉ ALEXANDER
CLERK OF THE SUPERIOR & MAGISTRATE COURTS
FULTON COUNTY COURTHOUSE
136 PRYOR STREET SW
ATLANTA, GA 30303

FIRST-CLASS

US POSTAGE PITNEY BOWES

ZIP 30303 $ 000.69⁰
02 7W
0008034280 APR 25 2025

04/30

30349*2133 C014

# EXHIBIT G

Defiance of Higher Court – Absence of Docket Number from Superior Court
This exhibit documents the Superior Court's failure to issue a docket number, despite a properly filed appeal and supporting motions by the Defendant. This inaction illustrates a systemic failure to acknowledge or process filings, and may indicate administrative obstruction or disregard of appellate rights.

: Angeline-Lavern: Payne ©

(Signature)
Angeline Payne
Date: May 01, 2025

ANGELINE PAYNE
4585 SPRING VALLY PKWY
SOUTH FULTON, GA 30349

A24D0416
23ED273255

# Court of Appeals
# of the State of Georgia

ATLANTA, August 05, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0416. ANGELINE PAYNE v. SECRETARY OF VETERANS AFFAIRS, AS OFFICER OF THE UNITED STATES.**

On July 1, 2024, the Fulton County Magistrate Court denied Angeline Payne's motion to set aside and vacate a default judgment and writ of possession. On July 16, 2024, Payne, proceeding pro se, filed this application for discretionary review of the July 1 order. We, however, lack jurisdiction.

Pretermitting whether Payne's application is timely, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Thus, this Court may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b).

Accordingly, this application is hereby TRANSFERRED to the Superior Court of Fulton County. In light of this ruling, Payne's motion to extend the time to file an appeal with this Court is DISMISSED as MOOT.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/05/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Christina Cooley Smith, *Clerk.*