UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA

Angeline Payne
Plaintiff,
v.
Secretary of Veterans Affairs, et al
Defendant.

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 01 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Civil Action No.: 25-CV-01703-SCJ-JEM

MOTION FOR RECONSIDERATION OF DENIAL OF IN FORMA PAUPERIS STATUS

COMES NOW the Plaintiff, Angeline Payne, and respectfully moves this Honorable Court to reconsider the denial of her Application to Proceed In Forma Pauperis (IFP) pursuant to 28 U.S.C. § 1915. In support of this Motion, Plaintiff states the following:

1. Plaintiff initially submitted an IFP Application on [Insert Date] based on her current financial inability to pay filing fees and court costs.

2. The Court denied the IFP request on April, 04, 2025, citing a corporation is an artificial entity that can act only through agents, cannot appear pro say, it must be represented by council..

3. Since the denial, Plaintiff has faced significant barriers to accessing justice, including the inability to afford filing fees. These barriers threaten her constitutional right to due process and access to the courts.

4. Plaintiff is submitting with this Motion an updated and complete financial affidavit (attached as Exhibit A) which further supports her claim of indigency.

8

Case Timeline of Events

1. Original Filing in Magistrate Court

Date: December 3, 2021

Action: Filed initial injunction and wrongful foreclosure complaint in Magistrate Court

Plaintiff: Angeline Payne

Relief Sought: temporary ~~injunctionwithinjunctive~~ relief due to wrongful foreclosure. injuctive

2. Defendant's Response

Date: October 2022

Action: defendant requested a continuance due to miss noticed in January of 2022, I was not aware of any hearing in the month of January 2022 the hearing was reset to October through e-file, I requested an e-file with an update of the defendants and suggested that I would only would dismiss the case if it was in my favor. The case was dismissed and a month later in December of 2022 on December 3rd once again the same third party servicer try to remove me from my home by sending a realtor to change the locks on my property, once again I went to the courts to get a temporary restraining order to find out what was going on.

3. Filing in Magistrate Court

Date: on or around December 19th 2022

Action: I filed a temporary injunction after the visit from the realtor coming to rekey my property and lock me out and notified him that there was a in temporary

injunction when the third party servicer claimed to have done a foreclosure in 2021 and that case was dismissed and now I'm filing again a temporary injunction because I alleged that the third party servicer does not have standing to foreclose on a alone that was time-barred in 2011, which was satisfied in 2010.

4. Filing in Magistrate Court

Date: March 5, 2023

Action: date of hearing for the injunction from the alleged foreclosure of December 2022, on the date of the hearing I arrived at the courthouse and attempted to go to the courtroom and became ill an officer of the Court approached me and said to me are you okay, I could not answer her and I could not move so she called the emergency team to come up with a wheelchair, a officer walked up to her and I had a paper in my hand and she looked at the paper and gave that paper to the officer which stated what courtroom I was supposed to be in. I was escorted down stairs to wait for an ambulance to take me to Grady hospital. I did not make it to court that day the young lady that I purchased the property from was also at the court and was in the wrong courtroom was notified that she was in the wrong courtroom but by the time she went to the correct courtroom the judge had already received the papers stating that I was not present he assumed it was she who had the medical emergency asked her for her ID and stated that her ID was not the same as the property that's being discussed and asked her to go downstairs and change it, not knowing procedure she went downstairs and changed it though she did not live at that residence for not more than 12 years. That court date was changed even though there was some irregularities written on the statement of the change because they assumed that she was the person that was sick and not realizing it was me and Angeline pain the resident of the property that was sick.

5. Filing in Magistrate Court

Date: March 9, 2024

Action: unbeknownst to me and the widow of the loan borrower a hearing was held without our presents, because we were not aware that a hearing was called. I

was given an alert by a realtor who was working with me on my case that a possible lockout was coming in July, so I reached out to the courts in June to find out what was going on and found out there was a hearing on March 9th without my participants or the borrowers widow and at a default judgment had been passed, I received no notice from the court about the hearing or about the judgment, so after alerting the court I got the notice of the fault and I asked for an appeal due to me not receiving the notice of the hearing I was denied, with that denial I was able to take it to the appellate Court the Appellate Court made the decision to transfer it to Superior Court due to them lacking jurisdiction. From August of 2024 until May of 2025 Superior Court did not review the case, did not give it a docket number and did not remand it to Magistrate Court. In the supplements you will see the defunction of the superior and Magistrate Court as they violate due process, constitutional and the civil Rights that were do me as a litigate in our courts. From this point this is where the supplements are important, which will show the violations of my continued due process violations, violations of my constitutional and civil rights.

Note: A Show of Force, was presented at my home at 4585 Spring valley parkway on July 19th, by 2024 by Marshalls and a lockout realtor that pulled up to my home and by the time I went outside they had left. At the time I had an injunction due to me not receiving notice and appealing the case. No lockout occurred.

6. Filing in Appellate court

Date: August 05,:2024

Action:: Appellate court transfers case to Superior Court, Superior Court fails to give case a docket number or review.

Note: the day that I was in the Magistrate Court, filing an answer to the court and letting the court know that I need a continuance because I did not receive notice of my hearing, Senator Ossoff was on the steps with Chief Ché Alexander, speaking of undelivered mail being delivered to the Magistrate Court, from the United States postal office from the year 2021 to the year 2023 June of that year. As you see my case started in 2021.

7. Filing Magistrate Court

December 3, 2024

Action: unbeknownst to me the attorney on the opposing side went to judge the first and requested the opening of a dispositionary case and on December 19th is it alleged that a marshall or servicer came to my property and notoriously served me with me being described as a 50-year-old African-American woman weighing 298 lb in five seven which is not a description of me, and on that date I was in the ICU at Grady due to an incident after having an eye exam.

8. Filing Migistrate court

Date: March 23, 2025

Action: Marshall Wiley, dentified by badge 489, came to my residence and handed me a summons to be answered by March 30th, 2025. The summons was not signed by the Marshall, when he gave it to me nor when it was filed in the records, where a second summons was filed describing the December 19th notorious summons, which was one hour later and said to be filed by the Marshall Wiley badge number 489, where a blank form partially filled out was also in that same file, and attached to this filing.

9. Filing Magistrate Court

Date: March 30th 2025

Action: I answered the summons with a request for a dismissal with damages due to the case then opened with no hearing and no notification and I was not served.

10. Filing Magistrate Court

Date: March 30th through April 24th, 2025

Action: As I waited for my hearing date from the summons, two weeks had passed and I started to wonder why I hadn't yet received a date for me to go to court, mysteriously an envelope from the Magistrate Court arrived on the 24th of April, around 9:13 a.m., in that envelope that had a sticker on it that stated could not forward/ review was my hearing date the day that I received it 13 minutes after the time Court started. I immediately call the clerk's office and alerted the clerk that I just received that today and that I would not be able to attend the hearing, the next day I went to the courthouse and found and filed a continuance of hearing and requested a new hearing date. The mail appeared to be tampered with so I start inquiring about the process that male goes through that comes from Magistrate Court and how was it possible that I received mail that is handled in a particular way on the date of my hearing.

11. Filing Federal court

Date: May 1, 2025

Action: first filing of wrongful foreclosure, as pro se with request to have the fee waived, filed notice of filing in Magistrate Court.

12. Filing Magistrate Court

Date: on or about May 12, 2025

Action: received the STAY from Magistrate Court with a order for the clerk to schedule a hearing. I filed in court a notice that the case had been transferred to Federal Court. Is that what numbers that is

13.: Filing Federal court

Date: May 12, 2025

Action: Received Denial to preform pro se in case with Company as litigant. I began to refile my case with just me as the litigate and have to have it filed by me 23rd, 2025. And now here comes these Jokers right here

14. Magistrate Court

Attempted Transfer to Superior Court by Defendant

Date: on or around May 13th 2025

Action: Defendant attempted to transfer case from Magistrate to Superior Court from a case that was dismissed.

Note: I was not properly notified / transfer was procedurally incorrect, it was initiated on a case that was dismissed and appealed to Appellate court and then transferred to Superior Court where it never received a docket number or reviewed, when I went to inquire about the file the file was locked and the clerk was not able to open the document and explain that she didn't understand what the word REMAND meant.

15. Motion to Strike Plaintiff's Answer

Date: April 24th 2025

Action: the judge gave a default judgment to the defendant and struck my answer from the record

from judical record

Con sequence: The court issued a default judement with out proper hearing or notice,

16. Complaints to oversight agencies

Date: May 17, 2025

NOTE

Resolution From
Payne's Diversified Housing Inc

RESOLUTION #1

Payne's Diversified Housing, Inc Board Resolution
Domestic Nonprofit State of Georgia

Board Resolution
#3

It is by Resolution that this board makes available the sum of $32,000 per year for the maintenance and upkept of the property located at 4585 Spring Valley Parkway, College Park, GA 30349. The property shall be maintained by the Registered Agent Angeline Payne, who will reside at the property and make it available for monthly, special, and Annual meetings held by this board. A stipend will be paid to Angeline Payne for the upkeep of the property and setup of the board meeting room out of the $32,000 after expenses to the property of approximately $14,000.00 to $16,000.00 determined by annual expenses. This Resolution is perpetual throughout the lifetime of this organization.

Be it resolved this 6th day of October 2013.

Board of Directors President

Recording Secretary

NOTE:

Change of Address:

which cause tax lien
on property: 4585 Spring
Valley Parkway, South Fulton
GA: 10/24

Taxes not paid caused lien.

ADDXCH2019

FULTON COUNTY

# FULTON COUNTY
# BOARD OF ASSESSORS

## REQUEST FOR CHANGE OF MAILING ADDRESS

| | |
|---|---|
| Parcel Identification | |
| Property Location/Street Address | 4585 Spring Valley Pkwy |
| Name of Owner | Payne's Diversified Housing |
| Business Name (If Applicable) | Secretary of Veterans Affairs |
| Legal Agent (If not owner requesting change) | |
| **Old Mailing Address** | |
| 314 S Franklin St | |
| Titusville PA 16354 | |
| **New Mailing Address** | |
| 4585 Spring Valley Parkway | |
| South Fulton, GA 30349 | |
| Daytime Telephone Number | 404-602-2148 |
| *Signature of Owner/ **Signature of Legal Agent | :Angeline-Lavern:Payne ~© — DATE: 10/ /24 |

*Note: If you are currently the owner of the property, you will need to submit a copy of your valid state issued driver's license or identification.

**If you are a legal agent or designee, you will need to provide a Letter of Authorization from the property owner along with a copy of your valid state issued driver's license or identification.

Fulton County Board of Assessors
~~235 Peachtree Street, N.E. Suite 1100~~
Atlanta, Georgia 30303
(404) 612-6440 (Option #4)

RECEIVED BY:__________ PROCESSED BY:__________ DATE:______

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

Date: May 12, 2025

Honorable Debbie Ann Rickman
Fulton County Magistrate Court
185 Central Ave SW
Atlanta, GA 30303

Re: Objection to Jurisdiction and Procedural Impropriety in Case Transfer (Magistrate Case No.: 24ED273255)

Dear Judge Rickman:

I am in receipt of your May 5, 2025 Order titled "Transfer Order," which purports to transfer my case to the Superior Court of Fulton County following the Georgia Court of Appeals' lack-of-jurisdiction finding. I must respectfully object and assert the following for the record:

1. Federal Jurisdiction Invoked: On May 01, 2025, I properly filed a notice and supplementary documentation initiating removal and federal jurisdiction under 28 U.S. Code § 1441 or § 1443 due to due process violations, civil rights deprivation, and procedural tampering. Once that process was initiated, your court was divested of authority over the matter.

2. Improper Timelines and Fabrication Risk: The suspicious timing of this so-called "Transfer Order," coming after federal filings and complaints to oversight bodies, appears retaliatory and suggestive of an effort to retroactively clean the record. I object to this as an unlawful procedural move and potential misconduct.

3. Violation of Appellate Directive: The Georgia Court of Appeals' decision did not remand the case back to your court. It explicitly found no jurisdiction and directed transfer to Superior Court. Any action taken by the Magistrate Court after this—including your August 1st denial—is void and ultra vires.

4. Continued Harassment and Tampering: This unnecessary procedural confusion and layering of jurisdictions—especially after default judgment violations, improper docketing, and obstruction of appeal rights—constitutes continued harassment and denial of access to a fair adjudicative process.

Conclusion: You and your court have no jurisdiction over this matter as it stands. Any attempt to proceed administratively or judicially under this file violates federal procedure, civil rights statutes, and constitutional protections.

A sworn declaration of these facts, along with a copy of this letter and your May 5th "Transfer Order," will be added to my federal case record and forwarded to the Office of the Inspector General and Department of Justice for further review and investigation.

Respectfully,
Angeline Payne
:Angeline-Lavern:Payne ~ ©
Signature

PRESS FIRMLY TO SEAL

PAPER POUCH

PRESS FIRMLY TO SEAL

PRIORITY MAIL

30303

RDC 07

PME
RED OAK, GA 30272
MAY 21, 2025

$31.40

S2324M501003-5

# PRIORITY MAIL EXPRESS®

CLEARED SECURITY

U.S. MARSHALS SERVICE
Atlanta, Georgia

## FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

CLEARED SECURITY

To schedule free Package Pickup, scan the QR code.

U.S. MARSHALS SERVICE
Atlanta, Georgia

USPS.COM/PICKUP

PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EI 951 863 945 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Angeline Payne
4585 Spring Valley Pkwy
South Fulton, GA 30349

DELIVERY OPTIONS (Customer Use Only)

☑ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

District Court Northen
GEORGIA
75 Ted Turner Drive
Atlanta, GA 30303

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage | |
|---|---|---|---|
| 30272 | 5/22/25 | $ 31.40 | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time | Insurance Fee | COD Fee |
| 5/21/25 | ☐ 6:00 PM | $ | $ |
| Time Accepted ☐ AM ☑ PM | | Return Receipt Fee | Live Animal Transportation Fee |
| 3:40 | | $ | $ |
| Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees | |
| $ | $ | $ 31.40 | |
| Weight ☑ Flat Rate lbs. ozs. | Acceptance Employee Initials TL | | |

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| | ☐ AM ☐ PM | |

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

PAPER POUCH

UNITED STATES POSTAL SERVICE.

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.