UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 01 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Angeline Payne
Plaintiff,
v.
Secretary of Veterans Affairs, et al
Defendant.

Civil Action No.: 25-CV-01703-SCJ-JEM

MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW the Plaintiff, Angeline Payne , and respectfully moves this Court pursuant to 28 U.S.C. § 1915(e)(1) to appoint counsel to represent her in this action. In support of this Motion, Plaintiff states as follows:

1. Plaintiff is proceeding pro se and has applied to proceed in forma pauperis.

2. This case presents complex legal and procedural issues, including constitutional due process claims, procedural defects, and jurisdictional arguments that require expert legal handling.

3. Plaintiff lacks the legal training necessary to adequately investigate and present her claims, and her ability to conduct discovery, prepare for trial, or negotiate settlement is severely impaired without legal representation.

4. The interests of justice and fairness would best be served by the appointment of counsel given the fundamental rights at issue and the current inequity in representation.

WHEREFORE, Plaintiff respectfully requests that the Court:

Grant this Motion and appoint counsel to represent her in this matter; and Grant such other relief as may be just and proper.

Respectfully submitted this 1st day of May, 2025.

: Angeline-Lavern: Payne ~©

Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
May 01, 2025