MOTION FOR TEMPORARY RESTRAINING ORDER (TRO)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 01 2025
KEVIN P. WEIMER, Clerk
By: SBy Deputy Clerk

Angeline Payne
Plaintiff,
v.

Fulton County Magistrate Court et al.
Defendants.

1-25-CV-01703-SCJ-JEM

Civil Action No.: 24ED339189

EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

COMES NOW Plaintiff, pro se, pursuant to Rule 65 of the Federal Rules of Civil Procedure, and moves this Honorable Court to issue a Temporary Restraining Order to immediately halt enforcement actions stemming from a state court default judgment issued under case number [Insert State Court Case #], for the following reasons:

1. Plaintiff submitted a - timely request for continuance and stay of writ on April 25, 2025. Despite this, a default judgment was issued and mailed on the same day,

2. Plaintiff received the default judgment five days later, on April 30, 2025, eliminating the ability to prepare or appear for a hearing that occurred the same day the notice was sent.

3. Plaintiff is now facing imminent and irreparable harm, including but not limited to forced eviction or loss of property, while also actively pursuing relief in federal court.

4. The actions of the state court constitute a violation of Plaintiff's 14th Amendment right to due process and threaten to undermine ongoing federal review.

5. Plaintiff has also submitted a Motion for Reconsideration of IFP and a Request for Appointment of Counsel in this matter.

WHEREFORE, Plaintiff prays this Court:

a) Issue a Temporary Restraining Order immediately halting any enforcement or execution of judgment or writs related to Angeline Payne versus Secretary of veterans Affairs, et al;

b) Set an expedited hearing for preliminary injunction;

c) Grant any further relief the Court deems just and proper.

Respectfully submitted this 1st day of May, 2025.

:Angeline-Lavern:Payne©

Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
May 01, 2025