FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 2 2 2025
KEVIN P WEIMER, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Angeline Payne,
Plaintiff,
v.
Secretary of Veterans Affairs, et al
Defendant(s).

Civil Action No. 1-25-CV-1703-SCJ-JEM

MOTION TO SUPPLEMENT

NOW COMES the Plaintiff, Angeline Payne, Pro Se, pursuant to Rule 15(d) of the Federal Rules of Civil Procedure, respectfully requesting leave of this Honorable Court to supplement the pleadings previously filed in this action with newly discovered and developing procedural events critical to the adjudication of this matter.

In support of this Motion, Plaintiff states as follows:

1. Procedural Background
Plaintiff initiated this matter in federal court due to constitutional violations, civil rights infringements, and demonstrable irregularities in the lower court process. A stay of dispossession was recently granted by the Magistrate Court after Plaintiff filed a Writ of Possession and Notice of Federal Filing.

2. New Developments
Since the filing of the original complaint and accompanying motions, Plaintiff has:

Received a formal stay from the lower court after repeated irregularities in hearing notice delivery and misrouting of court filings.

Identified clear evidence of USPS mail tampering, including returned court notices marked as "undeliverable" while Plaintiff had an active and monitored mailbox.

Filed or prepared to file formal complaints with the Office of Inspector General, the Georgia Administrative Office of the Courts, and the FBI due to substantial due process violations and potential obstruction of justice.

3. Request to Supplement
Plaintiff respectfully requests that this Court accept the attached supplemental filings which include:

A summary timeline of mail tampering incidents,

Formal notices filed in Magistrate Court showing procedural irregularities,

Complaint letters to federal and state oversight bodies,

Documentation supporting the civil and constitutional rights violations alleged.

4. Grounds for Relief
Under Rule 15(d), this Court may permit supplemental pleadings when events occur after the original pleading was filed that bear on the case. The new material strongly supports Plaintiff's claims and demonstrates the urgency of federal jurisdiction to prevent further harm and miscarriage of justice.

WHEREFORE, Plaintiff prays that the Court grant this Motion to Supplement and accept the attached documents into the record for full and fair consideration in these proceedings.

Respectfully submitted,
This 7th day of May, 2025.
Angeline-Loreen: Payne ©

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348

404-202-2169
angelpayne1@gmail.com
Pro Se Plaintiff

SUPPLEMENTAL AFFIDAVIT & STATEMENT OF FACTS

Attached are Exhibits A through J, including:

Email from opposing counsel referencing dismissed case (Exhibit A)

Certified mail cover showing misaddressed legal communication email from Attorney Drew Powers (Exhibit B)

Letter from Drew Powers (Exhibit C)

Timeline of dismissed action vs. federal case filing (Exhibit D)

Court-stamped documents showing federal transfer acceptance (Exhibit E)

USPS mail tampering claims (Exhibit F)

Correspondence with Superior and Magistrate Courts (Exhibit G)

Evidence of stress-related impacts and time burden (Exhibit H)

Correspondence with Superior and Magistrate Courts (Exhibit I)

Prior complaint filing and supporting motions (Exhibit J)

Angeline Payne

[signature]

Date: May 19, 2025