FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 22 2025
KEVIN P WEIMER, Clerk
By: Matthew H Deputy Clerk

IN THE MAGISTRATE COURT OF [COUNTY], STATE OF [STATE]
CASE NO.: 24EDE329189
Angeline Payne,
Defendant,
v.
SECRETARY OF VETERANS AFFAIRS and ALL OTHERS,
Plaintiff.

DEFENDANT'S ANSWER, MOTION TO DISMISS FOR FRAUDULENT SERVICE, DUE PROCESS VIOLATION AND COUNTERCLAIM FOR DAMAGES

COMES NOW, [Your Name], Defendant in the above-styled action, and files this Answer, Motion to Dismiss, and Counterclaim for Damages, showing this Honorable Court the following:

1. Improper and Fraudulent Service of Process

a. Defendant was not properly served with the summons and complaint in this case.
b. Plaintiff alleges that a Marshal served Defendant on December 19, 2024, while Defendant was in the Intensive Care Unit (ICU), and no notice was received by any household members.
c. No eviction proceedings followed, further indicating improper service.
d. On March 24, 2025, a different Marshal delivered a summons, which appears to be for an entirely new case rather than a continuation or remand of the prior dismissed case.

2. Fraudulent and Conflicting Documentation

a. Court records contain two separate service documents, both unsigned, allegedly executed by Marshal J. Wiley, with timestamps only one minute apart.
b. These conflicting documents constitute fraud upon the court and violate procedural due process.
c. Additionally, the description of Defendant in the documents is false, listing Defendant as a 50-year-old, 5'7", 289-pound individual, which does not match Defendant's actual physical description.
d. Such discrepancies raise serious concerns about the integrity of service and the entire case record.

3. Violation of Defendant's Due Process Rights

a. Under O.C.G.A. § 9-11-4(c), personal service must be properly executed, and failure to do so renders the proceeding void.
b. Under O.C.G.A. § 9-11-4(e)(7), an officer serving process must complete and sign the return of service. The failure to sign these documents violates this requirement and renders the service legally defective.
c. The initiation of a new case without remand from Superior Court further violates Defendant's procedural rights, as it constitutes an improper re-litigation of a dismissed matter.

d. The fraudulent documents and improper service constitute a violation of Defendant's constitutional right to due process under the Fourteenth Amendment.

4. COUNTERCLAIM FOR DAMAGES

Defendant asserts a counterclaim against Plaintiff and any involved parties for the following damages:

1. Emotional Distress and Mental Anguish – The fraudulent and improper legal actions caused severe emotional distress, anxiety, and undue stress while Defendant was recovering from serious medical conditions. ($50,000.00)

2. Punitive Damages – Due to the intentional fraud upon the court, falsification of legal documents, and blatant disregard for due process, punitive damages are warranted to deter such conduct in the future. ($25,000.00)

3. Legal Costs and Expenses – Defendant has incurred costs related to defending against this improper and fraudulent proceeding. ($5,000.00)

TOTAL DAMAGES SOUGHT: $80,000.00

5. Relief Requested

WHEREFORE, Defendant respectfully requests the following relief:

1. That this Court DISMISS this case with prejudice due to improper service, fraudulent court documents, and procedural violations.

2. That this Court sanction Plaintiff for presenting fraudulent documents.

3. That this Court refer the fraudulent service issue to the appropriate oversight authority for investigation.

4. That this Court award Defendant $80,000.00 in damages for emotional distress, punitive damages, and legal costs.

5. That Defendant be granted any other relief deemed just and proper by this Court.

Respectfully submitted, this March 31, 2025.

Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

**ANGELINE PAYNE,**
Plaintiff,
v.
**Secretary of veteran Affairs, et al**
Defendants.

Case No.: 24ED273255

**MOTION TO DISMISS IMPROPERLY TRANSFERRED CASE AND NOTICE OF FEDERAL JURISDICTION STAY**

COMES NOW the Plaintiff, Angeline Payne, *pro se*, and respectfully moves this Honorable Court to DISMISS the above-styled matter in its entirety, and in support thereof states as follows:

1. The case referenced by this Court, which originated in Magistrate Court and was dismissed, has no legal or procedural standing to be transferred or reactivated in this jurisdiction under the guise of a de novo appeal.

2. Plaintiff has already filed a federal civil action concerning the same subject matter, styled PAYNE'S IDIVERSIFIED HOUSING INC And Angeline Payne **v. SECRETARY OF VETERANS AFFAIRS**, and docketed as **Case No. 1-25-1703-SCJ-JEM** in the **U.S. District Court**. Said action is currently under review with a valid stay in effect.

3. The referenced magistrate case was closed and dismissed, and no remand or order reopening such case was entered on the record. Therefore, the procedural act of issuing a transfer to Superior Court is null, void, and without lawful basis

4. The newly referenced case number, **24ED329189**, now being used as the purported continuation of the dismissed matter, is moot due to the federal court's jurisdiction and stay. It is respectfully submitted that this appears to be a reactive and procedurally improper attempt to obscure the court's failure to docket and properly manage the original transfer from the appellate Court in August of 2024.

5. Plaintiff asserts this action constitutes a violation of procedural due process and jurisdictional overreach.

WHEREFORE, Plaintiff respectfully requests that this Court:

- Dismiss this improperly transferred and moot case with prejudice;
- Acknowledge that jurisdiction now lies with the United States District Court;

- And enter such other relief as may be appropriate under the circumstances.

Respectfully submitted this 15th day of May, 2025.

: Angeline -Lavrrb: Payne ~©
Angeline Payne

4585 Spring Valley Parkway

South Fulton GA 30348

404-202-2169

angelpayne1@gmail.com

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

Date: May 12, 2025

Honorable Debbie Ann Rickman
Fulton County Magistrate Court
185 Central Ave SW
Atlanta, GA 30303

Re: Objection to Jurisdiction and Procedural Impropriety in Case Transfer (Magistrate Case No.: 24ED273255)

Dear Judge Rickman:

I am in receipt of your May 5, 2025 Order titled "Transfer Order," which purports to transfer my case to the Superior Court of Fulton County following the Georgia Court of Appeals' lack-of-jurisdiction finding. I must respectfully object and assert the following for the record:

1. Federal Jurisdiction Invoked: On May 01, 2025, I properly filed a notice and supplementary documentation initiating removal and federal jurisdiction under 28 U.S. Code § 1441 or § 1443 due to due process violations, civil rights deprivation, and procedural tampering. Once that process was initiated, your court was divested of authority over the matter.

2. Improper Timelines and Fabrication Risk: The suspicious timing of this so-called "Transfer Order," coming after federal filings and complaints to oversight bodies, appears retaliatory and suggestive of an effort to retroactively clean the record. I object to this as an unlawful procedural move and potential misconduct.

3. Violation of Appellate Directive: The Georgia Court of Appeals' decision did not remand the case back to your court. It explicitly found no jurisdiction and directed transfer to Superior Court. Any action taken by the Magistrate Court after this—including your August 1st denial—is void and ultra vires.

4. Continued Harassment and Tampering: This unnecessary procedural confusion and layering of jurisdictions—especially after default judgment violations, improper docketing, and obstruction of appeal rights—constitutes continued harassment and denial of access to a fair adjudicative process.

Conclusion: You and your court have no jurisdiction over this matter as it stands. Any attempt to proceed administratively or judicially under this file violates federal procedure, civil rights statutes, and constitutional protections.

A sworn declaration of these facts, along with a copy of this letter and your May 5th "Transfer Order," will be added to my federal case record and forwarded to the Office of the Inspector General and Department of Justice for further review and investigation.

Respectfully,
Angeline Payne
:Angeline-Lavern:Payne ~©
Signature

NOTICE OF FILING IN FEDERAL COURT

IN THE MAGISTRATE COURT OF FULTON COUNTY, GEORGIA

CASE NO: 24ED329189
PLAINTIFF: Secretary of Veterans Affairs, et al
DEFENDANT: Angeline Payne

NOTICE OF FILING IN FEDERAL COURT

COMES NOW Defendant, Angeline Payne, and respectfully notifies this Honorable Court that on May 7, 2025, she filed a motion for reconsideration to proceed in forma pauperis, along with a request for appointed counsel and a temporary restraining order, in the United States District Court, Northern District of Georgia. Said filing concerns the same subject matter and legal questions as the present dispossessory case.

Federal jurisdiction has been invoked due to constitutional and due process concerns, irregularities in state court proceedings, potential mail tampering, and the health-related complications impacting Defendant's ability to appear to one past hearing.

Accordingly, this Court is respectfully requested to take no further action in this matter unless and until the Federal Court has remanded or otherwise ruled.

Respectfully submitted this 7th day of May, 2025.

: Angeline-Lavern: Payne ©

/s/ Angeline Payne
Angeline Payne
404-202-2169
angelpayne1@gmail.com

Due to these actions, I request this Court recognize the current Federal Court action and refrain from issuing or enforcing any writ or judgment pending federal review.

Sincerely,

Angeline Payne

# Exhibit A:

**Copy of the Court's Order striking your Answer and denying your counterclaim.**

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

Date: May 12, 2025

Honorable Debbie Ann Rickman
Fulton County Magistrate Court
185 Central Ave SW
Atlanta, GA 30303

Re: Objection to Jurisdiction and Procedural Impropriety in Case Transfer (Magistrate Case No.: 24ED273255)

Dear Judge Rickman:

I am in receipt of your May 5, 2025 Order titled "Transfer Order," which purports to transfer my case to the Superior Court of Fulton County following the Georgia Court of Appeals' lack-of-jurisdiction finding. I must respectfully object and assert the following for the record:

1. Federal Jurisdiction Invoked: On May 01, 2025, I properly filed a notice and supplementary documentation initiating removal and federal jurisdiction under 28 U.S. Code § 1441 or § 1443 due to due process violations, civil rights deprivation, and procedural tampering. Once that process was initiated, your court was divested of authority over the matter.

2. Improper Timelines and Fabrication Risk: The suspicious timing of this so-called "Transfer Order," coming after federal filings and complaints to oversight bodies, appears retaliatory and suggestive of an effort to retroactively clean the record. I object to this as an unlawful procedural move and potential misconduct.

3. Violation of Appellate Directive: The Georgia Court of Appeals' decision did not remand the case back to your court. It explicitly found no jurisdiction and directed transfer to Superior Court. Any action taken by the Magistrate Court after this—including your August 1st denial—is void and ultra vires.

4. Continued Harassment and Tampering: This unnecessary procedural confusion and layering of jurisdictions—especially after default judgment violations, improper docketing, and obstruction of appeal rights—constitutes continued harassment and denial of access to a fair adjudicative process.

Conclusion: You and your court have no jurisdiction over this matter as it stands. Any attempt to proceed administratively or judicially under this file violates federal procedure, civil rights statutes, and constitutional protections.

A sworn declaration of these facts, along with a copy of this letter and your May 5th "Transfer Order," will be added to my federal case record and forwarded to the Office of the Inspector General and Department of Justice for further review and investigation.

Respectfully,
Angeline Payne
:Angeline-Lavern:Payne ©
Signature

IN THE MAGISTRATE COURT OF FULTON, STATE OF GEORGIA
Case No.: 24ED329189

Payne's Diversified Housing Inc Angeline Payne
Defendant/Counter-Claimant,
v.
Secretary of Veterans Affairs, et al
Plaintiff.

MOTION TO VACATE STRIKING OF ANSWER AND REINSTATE COUNTERCLAIM

COMES NOW the Defendant, Angeline Payne, and respectfully moves this Honorable Court to vacate its prior order striking Defendant's Answer and to reinstate the Defendant's Answer and Counterclaim for the following reasons:

1. The Defendant filed a timely and good faith Answer and Counterclaim in response to the Plaintiff's complaint.

2. On or about 04/24/2025, the Court issued an order striking Defendant's Answer and granting a default judgment and writ of possession.

3. This action was taken without proper notice or hearing, in violation of Defendant's due process rights under the Georgia Constitution and the Fourteenth Amendment to the U.S. Constitution.

4. The Answer included a counterclaim seeking $80,000 in damages for violations of the Defendant's rights, including damages—wrongful eviction attempt, mail interference, etc.

IN THE MAGISTRATE COURT OF FULTON, STATE OF GEORGIA
Case No.: 24ED329189

Payne's Diversified Housing Inc Angeline Payne
Defendant/Counter-Claimant,
v.
Secretary of Veterans Affairs, et al
Plaintiff.

MOTION TO VACATE STRIKING OF ANSWER AND REINSTATE COUNTERCLAIM

COMES NOW the Defendant, Angeline Payne, and respectfully moves this Honorable Court to vacate its prior order striking Defendant's Answer and to reinstate the Defendant's Answer and Counterclaim for the following reasons:

1. The Defendant filed a timely and good faith Answer and Counterclaim in response to the Plaintiff's complaint.

2. On or about 04/24/2025, the Court issued an order striking Defendant's Answer and granting a default judgment and writ of possession.

3. This action was taken without proper notice or hearing, in violation of Defendant's due process rights under the Georgia Constitution and the Fourteenth Amendment to the U.S. Constitution.

4. The Answer included a counterclaim seeking $80,000 in damages for violations of the Defendant's rights, including damages—wrongful eviction attempt, mail interference, etc.

5. The Court's failure to acknowledge or adjudicate this counterclaim and subsequent striking of the Answer has materially prejudiced Defendant and deprived her of fair access to the court.

6. Defendant respectfully requests this Court vacate the order to strike and reinstate both her Answer and Counterclaim for full adjudication.

WHEREFORE, Defendant respectfully requests that this Honorable Court:

Vacate the Order striking her Answer;

Reinstate Defendant's Answer and Counterclaim;

Grant such further relief as the Court deems just and proper.

Respectfully submitted this 19 day of May, 2025.

[Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com
Pro Se Defendant

**IN THE MAGISTRATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

Secretary of Veterans Affairs, an Officer of the United States
Plaintiff/Landlord,
v.
Angeline Payne, "And All Others"
Defendant/Tenant(s).

Civil File No. 24ED329189

☒ Motion to Strike/Default Judgment
☐ Judgment on the Pleadings
☐ Trial Judgment
☐ Dismissal by Court
☐ Dismissal by Landlord

**ORDER AND JUDGMENT**

This matter came before the Court for hearing without a jury. Having considered the pleadings, evidence, argument, and law, the Court finds as follows: ☒ Tenant did not appear by 9:30am ☐ Landlord did not appear

**LANDLORD'S CLAIM FOR POSSESSION:** Answer is stricken

☐ Landlord **IS NOT** entitled to a writ of possession.

☐ Landlord **IS NOT** seeking a writ of possession.

☒ Landlord **IS** entitled to a WRIT OF POSSESSION ☒ *instanter* or ☐ upon application after seven (7) days from the date of entry of this judgment.

**LANDLORD'S CLAIM FOR MONEY DAMAGES:**

☐ FOR THE LANDLORD and against the Tenant in the amount of $______________ principal (which sum includes rent through ______________________) plus court costs and statutory interest.

☐ FOR THE TENANT and against the Landlord. Landlord failed to prove claim.

☐ Landlord's claim for money damages is DENIED / DISMISSED WITHOUT PREJUDICE.

**TENANT'S COUNTERCLAIM:**

☐ FOR THE LANDLORD and against the Tenant. Tenant failed to prove counterclaim.

☐ FOR THE TENANT and against the Landlord on the counterclaim in the amount of $__________________ principal plus court costs and statutory interest.

☒ Tenant's counterclaim is DISMISSED WITHOUT PREJUDICE.

**OTHER:** Notice sent to all parties on 4/9/2025. No return mail or change of address on record.

**APPEAL:** If Tenant appeals this Judgment and wishes to remain on the premises, Tenant MUST make the following payments into the reviewing Superior or State Court Registry: (1)$__________ (which constitutes the full amount of the MONEY JUDGMENT plus the balance of __________'S RENT), no later than SEVEN (7) DAYS from the date of entry of this Order AND (2) MONTHLY RENT of $____________ by the 5th of each month beginning ___________. Failure to comply may result in an immediate writ of possession. *See* O.C.G.A. § 44-7-56.

NO DIRECT APPEAL FROM DEFAULT

IT IS SO ORDERED, on this the 24 day of April, 2025.

[signature]
JUDGE LINDA BORSKY
FULTON COUNTY MAGISTRATE COURT

2.

UNITED STATES NORTHERN DISTRICT

Angeline Payne,
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, judge Dfoors each officially and personally and Any Other Responsible Party,
Defendantt(s).

Case No: ____________________

SUPPLEMENTAL STATEMENT AND SWORN DECLARATION REGARDING PROCEDURAL MISCONDUCT AND POST-DISMISSAL COMMUNICATION

To the Honorable Judge:

I, Angeline Payne, submit this supplemental filing in support of my federal case and in furtherance of justice, due process, and civil rights protections under the Constitution of the United States.

I. BACKGROUND AND RECENT DEVELOPMENTS

*On May 5, 2025, I received* a letter from Judge Debbie Ann Rickman of the Fulton r weekCounty Magistrate Court, stating that a transfer order was entered pursuant to the Georgia Court of Appeals' finding that it lacked jurisdiction over my discretionary appeal. This transfer order arrives nine months late, referencing events from August 2024, and seeks to transfer the case to Fulton County Superior Court for "all further proceedings."

This is procedurally improper and unlawful. The case had already been subject to federal removal, and jurisdiction had shifted accordingly. I submit this as evidence of:

delay and administrative obfuscation.

An apparent attempt to retroactively clean the court's record.

Improper post-dismissal communication and coercion.

On or about the same date, I received communication from Attorney Drew Powers, claiming that upon my payment of a cost bill, he would voluntarily dismiss the matter and proceed in the Fulton County Superior Court under a "de novo appeal." However, the state court system never provided a docket number, and to date that file has not received a docket number from Superior Court, proper notice, nor remanded the matter legally—thereby voiding any authority to

entertain a de novo proceeding. Being mindful that case 24ED273255 I'Mhad already been dismissed, the order or the email does not focus on the improper opening of case number 24ED329189

## II. TIMELINE OF EVENTS DEMONSTRATING MISCONDUCT

1. August 1, 2024 – Magistrate Court denies my Motion to Set Aside.

2. August 5, 2024 – I file a discretionary appeal with the Georgia Court of Appeals.

3. Late 2024 – Early 2025 – No docket number is ever assigned by Superior Court.

4. March–April 2025 – I file federal removal and IFP request.

5. May 3–5, 2025 – Attorney Drew Powers emails me; Magistrate Court issues post-dated "transfer order."

This timeline reflects a consistent failure by the courts to properly execute their duties, followed by an apparent coordinated effort to falsify procedural standing after the fact.

## III. REQUEST FOR JUDICIAL NOTICE AND PRESERVATION OF RIGHTS

I respectfully request this Honorable Court to:

Take judicial notice of the post-dismissal manipulation of court documents and jurisdiction.

Prevent any further state court interference in this matter now before the federal bench.

Consider this misconduct as part of the pattern of civil and constitutional violations against me as outlined in my initial filings.

## IV. SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Angeline Payne, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, belief, and understanding.

Executed this day: May 7, 2025

Signed: Angeline-Lorren: Payne ~©

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

# SUPPLEMENTAL AFFIDAVIT & STATEMENT OF FACTS

Attached are Exhibits A through I, including:

Email from opposing counsel referencing dismissed case (Exhibit A)

Certified mail cover showing misaddressed legal communication email from Attorney Drew Powers (Exhibit B)

Letters from Drew Powers (Exhibit C)

Timeline of dismissed action vs. federal case filing (Exhibit D)

Court-stamped documents showing federal transfer acceptance (Exhibit E)

USPS mail tampering claims (Exhibit F)

Correspondence with Superior and Magistrate Courts (Exhibit G)

Evidence of stress-related impacts and time burden (Exhibit H)

Prior complaint filing and supporting motions (Exhibit I)

:Angeline-Laverne:Payne ©
Angeline Payne

Date: May 19, 2025

# Supplemental Filing for Federal Case: Atty Drew Powers

Date: May 13, 2025

To the Honorable Judge Presiding Over This Matter:

This supplemental filing is respectfully submitted to provide further clarification and context to support the petitioner's claims and to document procedural inconsistencies and due process violations that have occurred throughout the course of this legal matter. This supplement is intended for the federal court, the Office of Inspector General, and other relevant agencies.

## 1. Summary of Relevant Procedural Events

- On August 1, 2024, the Magistrate Court denied the petitioner's Motion to Set Aside Default Judgment.
- On August 5, 2024, petitioner filed an appeal to the Georgia Court of Appeals.
- The Georgia Court of Appeals later determined it lacked jurisdiction and transferred the case to the Superior Court of Fulton County.
- The Superior Court failed to assign a docket number or take jurisdiction properly, resulting in judicial inaction.
- The case was then improperly diverted, and another new case was opened allegedly to conduct disciplinary action on petitioner's property.

## 2. Improper Conduct and Communications from Opposing Counsel

Attorney Drew Powers, representing the Secretary of Veterans Affairs, emailed the petitioner a cost bill that was allegedly sent via certified mail to an outdated address. This correspondence was highly irregular as it should have come directly from the Clerk of Court. Additionally, this cost bill was for a case that had already been dismissed and transferred to the federal court, making such a billing procedure improper and suspicious.

## 3. Petitioner's Formal Response to Attorney Drew Powers

The petitioner issued a formal response to Mr. Powers stating that:

(allegedly sent by the Clerk of Superior Court), he would "voluntarily dismiss" the case and proceed with a de novo appeal in Superior Court.

This statement is misleading and procedurally unsound, as the case in question has already been dismissed with a new case opened which is not mentioned in the email or the attached note which was sent to the wrong address via certified mail and transferred to federal jurisdiction.

Furthermore, no appeal was properly initiated, and no de novo hearing is appropriate or pending under current jurisdictional status.

His email attempt appears to constitute further procedural manipulation aimed at sidestepping federal review.

5. I assert that these actions — including unauthorized filings, misstatements of jurisdiction, and continued interference post-dismissal — constitute misconduct and violate my rights under:

42 U.S.C. § 1983 – Civil rights violations under color of law.

18 U.S.C. § 1341 – Mail fraud (involving misleading or tampered communication through USPS).

18 U.S.C. § 241 & § 242 – Conspiracy against rights and deprivation of rights under color of law.

First, Fifth, and Fourteenth Amendments – Due process, equal protection, and access to redress.

6. As such, I include this sworn declaration in my supplementary package to this honorable Court to provide transparency, support my IFP status, and make the Court aware of ongoing misconduct and interference intended to obstruct justice.

**Amended Prayer for Relief**

- The case in question had already been dismissed and was transferred to federal court.
- The cost bill was issued for a matter that is no longer within the jurisdiction of state court.
- There is no legal basis for a de novo appeal to be initiated in Superior Court for a case that is currently under federal review.
- The mailing of court documents to the wrong address and by opposing counsel constitutes improper service and circumvention of judicial process.

## 4. Request for Judicial Consideration

Petitioner respectfully requests that the new presiding federal judge consider the following:
- The systemic and procedural failures in state court.
- The improper communications from opposing counsel.
- The undue stress, hardship, and time burden inflicted on the petitioner by these missteps.
- The need to move forward with federal jurisdiction to ensure fair, impartial, and lawful resolution.

Respectfully submitted,

:Angeline-Lavern:Payne ~ ©

Angeline Payne

Date: May 12, 2025

Subject: Response to Notice Regarding Cost Bill and Voluntary Dismissal

Dear Mr. Powers,

This email is in response to your recent message ~~regarding~~ the cost bill sent by the Clerk of the Superior Court and your stated intent to voluntarily dismiss the matter and proceed with a de novo appeal in Superior Court upon its payment.

I must respectfully clarify the record and assert the following:

1. The Court of Appeals' Action Was a Transfer, Not a Dismissal
The Court of Appeals did not dismiss my appeal; it transferred the matter. It is therefore inaccurate and misleading to treat the case as having been dismissed or eligible for a restart through a de novo process. This transfer carried legal implications that were not properly followed by the receiving court.

2. Failure of the Superior Court to Docket the Case
The Superior Court failed to issue a docket number or follow through with the transfer process by properly remanding the case to Magistrate Court or processing it procedurally. This administrative oversight obstructed my access to due process and fair adjudication.

3. Improper Reopening of a New Disciplinary Action
Following this breakdown in process, someone circumvented proper judicial channels and opened a separate, entirely new disciplinary case on my property. This was unauthorized, outside due process, and directly violated my constitutional and civil rights, including my right to notice and to be heard.

4. Federal Jurisdiction Now Invoked
I have filed in Federal Court, and this matter is now within that jurisdiction. Therefore, there will be no de novo appeal in Superior Court. I fully intend to pursue this matter under federal oversight, where I believe my rights will be appropriately considered and protected.

In light of the above, I will not be participating in any payment of the cost bill or further proceedings in Superior Court. All related filings, communications, and developments should now be directed to the attention of the Federal District Court where the case has been supplemented.

Sincerely,
Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
Federal Case Number: 1-25CV1703-SCJ-JEM



7:57 PM

Cost Bill | Case No. 23ED273255 | Secretary of Veterans Affairs v. Gooden, Payne, "And All Others"

Drew Powers

to shalance.battle@fultoncountyga.gov, Kiera

Good afternoon, Ms. Payne –

Please see attached Cost Bill issued by the Clerk of Superior & Magistrate Courts of Fulton County, which was mailed to you on or about May 8, 2025. In light of your failure to receive a hearing notice recently mailed to you for Case No. 24ED329189, I am emailing a copy of this to you at the email address you provided in your Answer to that matter. Upon confirmation of your payment of the costs, I will voluntarily dismiss 24ED329189 and proceed with this de novo appeal in Superior Court nearly a year after the Court of Appeals' dismissal of your improper appeal to that Court.

Regards,

Drew Powers

Managing Partner

**This is a letter from Drew Powers discussing a letter that I have yet to receive today is the 12th of May, and he's representing a letter that has not arrived at my residence.**

Gmail

Angel Payne <angelpayne1@gmail.com>

## Response

Drew Powers <Drew.Powers@mccalla.com> Thu, May 15, 2025 at 12:27 PM
To: Angel Payne <angelpayne1@gmail.com>
Cc: "shalance.battle@fultoncountyga.gov" <shalance.battle@fultoncountyga.gov>, Kiera Fitts <Kiera.Fitts@mccalla.com>

Thank you for your correspondence, Ms. Payne. Your improper appeal to the Court of Appeals is why we are in the posture. The Court of Appeals dismissed your improper appeal for lack of jurisdiction and entered an order transferring the matter to the Superior Court, which would have been the proper Court to which your original appeal should have been filed. This is an instruction to the Court with jurisdiction (still the Magistrate Court of Fulton County) to transfer the matter. The Magistrate Court will keep jurisdiction unless you pay the cost bill. The Court of Appeals' Order does not effectuate the transfer. Had you filed a proper appeal to the correct court at the time, the Magistrate Court would have issued a cost bill, your payment of which is a pre-requisite to transfer. They have done so now and until you pay the cost bill, jurisdiction remains with the Magistrate Court. Should you fail to pay the cost bill, I will file a Motion to Dismiss that action for reason of this failure and request issuance of a writ of possession. The administrative delay has not prejudiced you; in fact, it's permitted you to remain in a residence for almost 3 ½ years without paying for it. The foreclosure sale through which my client became owner of the property occurred on December 7, 2021.

We are aware of your most recent filing in Federal Court (there have been at least three prior cases) has no bearing on the present action and certainly not the jurisdiction of this dispossessory matter. If you want your "right to be heard" to be realized, I suggest you pay the cost bill by Monday, May 19th.

MRLP
McCalla Raymer Leibert Pierce, LLP

Drew Powers, Esq.

**Managing Partner**

Evictions & National
Evictions Management Group

McCalla Raymer Leibert Pierce, LLP

1544 OLD ALABAMA RD

ROSWELL, GA 30076-2102

Office: 678-281-6456

Fax: 678-802-1953

Drew.Powers@mccalla.com

Licensed in Georgia, Alabama,
& Mississippi

Alabama • California • Connecticut • Florida • Georgia • Illinois • Kentucky • Mississippi • Nevada • New Jersey • New York • Ohio • Oregon • Pennsylvania • Texas • Washington

**"Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose."**

**Disclaimer**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

**From:** Angel Payne <angelpayne1@gmail.com>
**Sent:** Sunday, May 11, 2025 4:17 PM
**To:** Drew Powers <Drew.Powers@mccalla.com>
**Cc:** shalance.battle@fultoncountyga.gov; Kiera Fitts <Kiera.Fitts@mccalla.com>
**Subject:** Response

---

**Print Subject- Response to Notice Regarding Cost Bill and Voluntary Dismissal.pdf**
**42K**

Subject: Response to Notice Regarding Cost Bill and Voluntary Dismissal

Dear Mr. Powers,

This email is in response to your recent message regarding the cost bill sent by the Clerk of the Superior Court and your stated intent to voluntarily dismiss the matter and proceed with a de novo appeal in Superior Court upon its payment.

I must respectfully clarify the record and assert the following:

1. The Court of Appeals' Action Was a Transfer, Not a Dismissal
The Court of Appeals did not dismiss my appeal; it transferred the matter. It is therefore inaccurate and misleading to treat the case as having been dismissed or eligible for a restart through a de novo process. This transfer carried legal implications that were not properly followed by the receiving court.

2. Failure of the Superior Court to Docket the Case
The Superior Court failed to issue a docket number or follow through with the transfer process by properly remanding the case to Magistrate Court or processing it procedurally. This administrative oversight obstructed my access to due process and fair adjudication.

3. Improper Reopening of a New Disciplinary Action
Following this breakdown in process, someone circumvented proper judicial channels and opened a separate, entirely new disciplinary case on my property. This was unauthorized, outside due process, and directly violated my constitutional and civil rights, including my right to notice and to be heard.

4. Federal Jurisdiction Now Invoked
I have filed in Federal Court, and this matter is now within that jurisdiction. Therefore, there will be no de novo appeal in Superior Court. I fully intend to pursue this matter under federal oversight, where I believe my rights will be appropriately considered and protected.

In light of the above, I will not be participating in any payment of the cost bill or further proceedings in Superior Court. All related filings, communications, and developments should now be directed to the attention of the Federal District Court where the case has been supplemented.

Sincerely,
Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
Federal Case Number: 1-25CV1703-SCJ-JEM

Actually on: emailed complaints to Judicial Qualification Committee, Civil Rights Division of the department of Justice, United States Postal Service, and the Federal Bureau Of Investigation, DC office.

17. Mailing

Date: May 20. 2025

Action:
Mailing to the 4 oversight agencies
Overnight mailing of refilling of wrongful foreclosure suit
State bar complaint: attorney Drew Powers

18. Filing of Supplementary Materials

Date(s): [Insert dates if possible]

Action: You submitted additional documentation addressing:

Transfer attempt irregularities

Motion to strike

Legal misconduct or procedural issues

19. Preparation for Refile

Date: May 20, 2025

Action: Asserting right to refile as only litigate under stay from Magistrate Court.

Additions:

Motion to reassign judge

Naming yourself clearly as Plaintiff on all documents

Full supplement inclusion and case narrative provided

***Deadline for Refile***

Date: May 20, 2025

**Exhibit B**

**Certified mail cover showing misaddressed legal communication email from Attorney Drew Powers**

Exhibit B

Certified mail cover showing misaddressed legal communication email from Attorney Drew Powers

**Fulton County**
**Clerk of Superior & Magistrate Courts**
**Ché Alexander, Clerk of Courts**
*"People. Purpose. Passion."*
*People Drive Our Purpose. Our Purpose Drives Our Passion.*

FILED IN OFFICE

**TRANSFER BILL STATEMENT**

MAY 08 2025

CHÉ ALEXANDER
Clerk of Magistrate Court
Fulton County, Georgia

DATE: May 8, 2025

RECORD TO: FULTON COUNTY SUPERIOR COURT OF GEORGIA

CASE NO. 23ED273255

TO:

BRIDGETTE GOODEN
MELVIN GOODEN
ANGELINE LAVERN PAYNE
AND ALL OTHERS
485 SPRING VALLEY PARKWAY
COLLEGE PARK, GEORGIA 30349

SECRETARY OF VETERANS AFFAIRS
AN OFFICER OF THE UNITED STATES
**VS**
MELVIN GOODEN
BRIDGETTE GOODEN
ANGELINE LAVERN
AND ALL OTHERS

Court and County to which record is being transferred: **FULTON COUNTY SUPERIOR COURT**
Total amount to remit **$28.00**

## PLEASE READ

**Transfers are subject to dismissal by the court if these costs are not paid within 10 days.**

All payments are to be mailed or delivered in the form of certified money order that should be made payable to the Fulton County Superior Court and mailed to the Clerk of Magistrate Court for the transfer of the record with a copy of this form to:

```
FULTON COUNTY MAGISTRATE/SUPERIOR COURT
136 PRYOR STREET SW
ATLANTA, GEORGIA 30303
ATTN: COST COLLECTIONS
```

*Shalance Williams*

Shalance Williams
Magistrate Court Appeals/Transfers Division
136 Pryor Street, SW
Atlanta, Ga. 30303
404-613-5232
Shalance.battle@Fultoncountyga.gov

7011-1570-0003-4149-1723

11 1570 0003 4149 1723

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com
OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Angeline Lavern Payne

Sent To Bridgette Gooden, Melvin Gooden, All other

**Exhibit C**

**Letters from Drew Powers**

Gmail

Angel Payne <angelpayne1@gmail.com>

**Cost Bill | Case No. 23ED273255 | Secretary of Veterans Affairs v. Gooden, Payne, "And All Others"**

1 message

**Drew Powers** <Drew.Powers@mccalla.com> Fri, May 9, 2025 at 12:33 PM
To: "angelpayne1@gmail.com" <angelpayne1@gmail.com>
Cc: "shalance.battle@fultoncountyga.gov" <shalance.battle@fultoncountyga.gov>, Kiera Fitts <Kiera.Fitts@mccalla.com>

Good afternoon, Ms. Payne –

Please see attached Cost Bill issued by the Clerk of Superior & Magistrate Courts of Fulton County, which was mailed to you on or about May 8, 2025. In light of your failure to receive a hearing notice recently mailed to you for Case No. 24ED329189, I am emailing a copy of this to you at the email address you provided in your Answer to that matter. Upon confirmation of your payment of the costs, I will voluntarily dismiss 24ED329189 and proceed with this de novo appeal in Superior Court nearly a year after the Court of Appeals' dismissal of your improper appeal to that Court.

Regards,

MRLP
McCalla Raymer Leibert Pierce, LLP

Drew Powers, Esq.

**Managing Partner**

Evictions & National
Evictions Management Group

McCalla Raymer Leibert Pierce, LLP

1544 OLD ALABAMA RD

ROSWELL, GA 30076-2102

Office: 678-281-6456

Fax: 678-802-1953

Drew.Powers@mccalla.com

Licensed in Georgia, Alabama,
& Mississippi

Alabama • California • Connecticut • Florida • Georgia • Illinois • Kentucky • Mississippi • Nevada • New Jersey • New York • Ohio • Oregon • Pennsylvania • Texas • Washington

**"Pursuant to the Fair Debt Collection Practices Act, you are advised that this office may be deemed to be a debt collector and any information obtained may be used for that purpose."**

**Disclaimer**

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error, please notify the system manager. Please note that any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.

---

**Cost Bill_Transfer to Superior Court_23ED273255.pdf**
253K

Exhibit D

Timeline of dismissed action vs. federal case filing

**IN THE SUPERIOR COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

**ANGELINE PAYNE,**
Plaintiff,
v.
**Secretary of veteran Affairs, et al**
Defendants.

Case No.: 24ED273255

**MOTION TO DISMISS IMPROPERLY TRANSFERRED CASE AND NOTICE OF FEDERAL JURISDICTION STAY**

COMES NOW the Plaintiff, Angeline Payne, *pro se*, and respectfully moves this Honorable Court to DISMISS the above-styled matter in its entirety, and in support thereof states as follows:

1. The case referenced by this Court, which originated in Magistrate Court and was dismissed, has no legal or procedural standing to be transferred or reactivated in this jurisdiction under the guise of a de novo appeal.

2. Plaintiff has already filed a federal civil action concerning the same subject matter, styled PAYNE'S IDIVERSIFIED HOUSING INC And Angeline Payne **v. SECRETARY OF VETERANS AFFAIRS**, and docketed as **Case No. 1-25-1703-SCJ-JEM** in the **U.S. District Court**. Said action is currently under review with a valid stay in effect.

3. The referenced magistrate case was closed and dismissed, and no remand or order reopening such case was entered on the record. Therefore, the procedural act of issuing a transfer to Superior Court is null, void, and without lawful basis.

4. The newly referenced case number, **24ED329189**, now being used as the purported continuation of the dismissed matter, is moot due to the federal court's jurisdiction and stay. It is respectfully submitted that this appears to be a reactive and procedurally improper attempt to obscure the court's failure to docket and properly manage the original transfer from the appellate Court in August of 2024.

5. Plaintiff asserts this action constitutes a violation of procedural due process and jurisdictional overreach.

WHEREFORE, Plaintiff respectfully requests that this Court:

- Dismiss this improperly transferred and moot case with prejudice;
- Acknowledge that jurisdiction now lies with the United States District Court;

- And enter such other relief as may be appropriate under the circumstances.

Respectfully submitted this 15th day of May, 2025.

: Angeline -Lavrrb: Payne ~©
Angeline Payne

4585 Spring Valley Parkway

South Fulton GA 30348

404-202-2169

angelpayne1@gmail.com

5. Supplemental Evidence Exhibits A–I

6. Supplemental statement and sworn declaration regarding procedural misconduct and post- dismissal communication

I am requesting that the Court accept my application to proceed without prepayment of fees, and appoint legal counsel due to the complexity of this matter and my current status. I have met the Court's order to refile by May 23, and respectfully request that this matter be placed on the docket for judicial review.

Thank you for your time and attention to this matter.

Respectfully submitted,

Signature
Angeline Payne

Date: May 19, 2025

UNITED STATES NORTHERN DISTRICT

Angeline Payne,
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, judge Dfoors each officially and personally and Any Other Responsible Party,
Defendantt(s).

Case No:

SUPPLEMENTAL STATEMENT AND SWORN DECLARATION REGARDING PROCEDURAL MISCONDUCT AND POST-DISMISSAL COMMUNICATION

To the Honorable Judge:

I, Angeline Payne, submit this supplemental filing in support of my federal case and in furtherance of justice, due process, and civil rights protections under the Constitution of the United States.

I. BACKGROUND AND RECENT DEVELOPMENTS

*On May 5, 2025, I received* a letter from Judge Debbie Ann Rickman of the Fulton r weekCounty Magistrate Court, stating that a transfer order was entered pursuant to the Georgia Court of Appeals' finding that it lacked jurisdiction over my discretionary appeal. This transfer order arrives nine months late, referencing events from August 2024, and seeks to transfer the case to Fulton County Superior Court for "all further proceedings."

This is procedurally improper and unlawful. The case had already been subject to federal removal, and jurisdiction had shifted accordingly. I submit this as evidence of:

delay and administrative obfuscation.

An apparent attempt to retroactively clean the court's record.

Improper post-dismissal communication and coercion.

On or about the same date, I received communication from Attorney Drew Powers, claiming that upon my payment of a cost bill, he would voluntarily dismiss the matter and proceed in the Fulton County Superior Court under a "de novo appeal." However, the state court system never provided a docket number, and to date that file has not received a docket number from Superior Court, proper notice, nor remanded the matter legally—thereby voiding any authority to

entertain a de novo proceeding. Being mindful that case 24ED273255 I'Mhad already been dismissed, the order or the email does not focus on the improper opening of case number 24ED329189

II. TIMELINE OF EVENTS DEMONSTRATING MISCONDUCT

1. August 1, 2024 – Magistrate Court denies my Motion to Set Aside.

2. August 5, 2024 – I file a discretionary appeal with the Georgia Court of Appeals.

3. Late 2024 – Early 2025 – No docket number is ever assigned by Superior Court.

4. March–April 2025 – I file federal removal and IFP request.

5. May 3–5, 2025 – Attorney Drew Powers emails me; Magistrate Court issues post-dated "transfer order."

This timeline reflects a consistent failure by the courts to properly execute their duties, followed by an apparent coordinated effort to falsify procedural standing after the fact.

III. REQUEST FOR JUDICIAL NOTICE AND PRESERVATION OF RIGHTS

I respectfully request this Honorable Court to:

Take judicial notice of the post-dismissal manipulation of court documents and jurisdiction.

Prevent any further state court interference in this matter now before the federal bench.

Consider this misconduct as part of the pattern of civil and constitutional violations against me as outlined in my initial filings.

IV. SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Angeline Payne, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, belief, and understanding.

Executed this day: May 7, 2025

Signed: Angeline-Lorrain:Payne©

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

1. MOTION TO VACATE WRIT OF POSSESSION FOR LACK OF JURISDICTION AND DUE PROCESS VIOLATIONS

IN THE MAGISTRATE COURT OF FULTON COUNTY
STATE OF GEORGIA

Case No.: 24ED273255
Plaintiff: Secretary Of Veteran Affairs Et Al
Defendant: Angeline Payne

MOTION TO VACATE WRIT OF POSSESSION FOR LACK OF JURISDICTION, DEFECTIVE PROCESS, AND DUE PROCESS VIOLATIONS

NOW COMES the Defendant, Angeline Payne, pro se, and respectfully moves this Honorable Court to VACATE the writ of possession recently issued or pending in the above-styled matter, and shows the Court the following:

1. LACK OF JURISDICTION

The original dispossessory case was dismissed by the Court of Appeals of Georgia, which then transferred the matter to the Superior Court, per court order.

No docket was ever opened in Superior Court. Therefore, jurisdiction never properly vested in any trial court for further action.

Until a cost bill is issued by the proper court and paid, jurisdiction remains dormant and cannot lawfully support the issuance of a writ.

2. DEFECTIVE SERVICE AND NOTICE

Defendant has never received proper notice or service of the cost bill or of any order authorizing continuation of this case.

The Plaintiff's counsel sent documents to an incorrect address (485 Spring Valley Parkway), which is not the Defendant's residence or address of record.

Under O.C.G.A. § 9-11-5 and federal due process standards, service of court actions must be reasonably calculated to provide notice.

Email correspondence from Plaintiff's counsel does not satisfy legal service, unless explicitly agreed to in writing by the Defendant.

3. VIOLATION OF DUE PROCESS RIGHTS

Issuing a writ of possession without an active case, proper notice, or opportunity to be heard is a violation of Defendant's constitutional rights under the Fourteenth Amendment and Georgia Constitution.

The Defendant was denied her right to respond to the action due to lack of notice and ongoing medical emergency that required treatment on the date of purported expiration.

4. ABUSE OF PROCESS / FRAUD UPON THE COURT

Any action by the Plaintiff or its counsel to proceed in a case that was dismissed, never properly transferred, and not properly noticed constitutes an abuse of process.

Creating or reviving a case without proper procedure may amount to fraud upon the court, and Defendant reserves all rights to seek redress under O.C.G.A. § 9-11-60(d).

PRAYER FOR RELIEF

WHEREFORE, Defendant respectfully requests that this Honorable Court:

1. VACATE any writ of possession issued in this matter;

2. Stay any further action pending proper transfer and notice;

3. Schedule a hearing to clarify jurisdiction and due process concerns;

4. Grant such other relief as the Court deems just and proper.

Respectfully submitted,
This 29 day of May, 2025.

:Angeline - Lavern: Payne ~©
Pro Se Defendant
Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

# EXHIBIT E

# SUPERIOR COURT DOCKET ABSENCE PROOF, (NO ASSIGNMENT, NO NOTICE)

# AUGUST 2024 THROUGH PRESENT

CASE # 24ED273255

- Ashley Drake Denied my motion to reconsider. Due to me not receiving offical notice of hearing, with her, the judge dening my motion, it reopened the timeline for me to appeal, I appealed to the Appelate court, my file was accepted and was transferred to Superior court.
- Superior court received the transfer, held it in a locked file for 9 months with NO docket number ↑

CASE# A24D9416 →

- Judge DeFoors opened a new case of Dispossessionary Dec 3, 2024 with no notice or due process of hearing. It is alleged, I was served notoriously

CASE # 24ED329189

- Summons handed to me 03/23/2025. Answered on March 30th, 2025. Received Notice of hearing on April 24th, 2025 date of the hearing. Next day April 25 requested Continuance and STAY of Writ.

- May 1, 2025, I filed Wrongful Foreclosure suit in Federal court.
  CASE # 1-251703-SCJ-JBM

- May 5, 2025: Order Granting continuance and STAY of Writ
  CASE # 24ED329189

- May 12, 2025: Received Notice from Judge Kirkland by email FROM Attorney Drew Powers about transfer of case # 24ED273255, a dismissed case to Superior court, which was transfered August 5, 2024 FROM Appellete court
  # CASE 24ED273255

## Case Information

24ED329189 | Secretary of Veterans Affairs, an Officer of the United States vs. Angeline Payne ,???And All Others???

Case Number
24ED329189
File Date
12/03/2024

Court
Magistrate
Case Type
Dispossessory

Judicial Officer
Defoor2, John
Case Status
OPEN

## Party

Plaintiff - Magistrate Court
Secretary of Veterans Affairs, an Officer of the United States

Address
c/o MRLP, LLC, 1544 Old Alabama Rd
Roswell GA 30076

Active Attorneys
Lead Attorney
POWERS, DREW
Retained

Defendant - Magistrate Court
Payne , Angeline L

Address
4585 SPRING VALLEY PARKWAY
COLLEGE PARK GA 30349

Defendant - Magistrate Court
???And All Others???

Address
4585 SPRING VALLEY PARKWAY
College Park GA 30349

## Events and Hearings

12/03/2024 AFFIDAVIT

Fulton County Magistrate Court
***E-FILED***MJ
Date: 12/3/2024 2:42 PM
Che Alexander, Clerk
24ED329189

# MAGISTRATE COURT OF FULTON COUNTY

## PROCEEDING AGAINST TENANT HOLDING OVER

24ED329189

Secretary of Veterans Affairs, an Officer of the United States
c/o MRLP, LLC, 1544 Old Alabama Rd Roswell GA 30076
(678) 281-6456
PLAINTIFF'S NAME, ADDRESS & PHONE NO.

VS.

Angeline L Payne, "And All Others"
4585 SPRING VALLEY PARKWAY, COLLEGE PARK, GA 30349
DEFENDANT'S NAME & ADDRESS (include, PHONE NO.)

A. Drew Powers
McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Rd, Roswell, GA 30076
(678) 281-6456
PLAINTIFF'S ATTORNEY'S NAME, ADDRESS & PHONE

1. Defendant is in possession as Tenant of premises at the address in Fulton County as stated.
2. Plaintiff/Affiant is the ( ) Owner (X) Attorney ( ) Agent ( ) Lessee of the owner of said Premises.
3. Tenant: ( ) Fails to pay the rent which is now past due.
   ( ) Holds the premises over and beyond the term for which they were rented or leased to him.
   (X) other grounds: defendant is a tenant at sufferance
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS (check and complete all that apply):

(a) Possession of the premises
(b) Past due rent $ N/A for the month(s) of N/A N/A
(c) Rent accruing up to the date of judgment or vacancy at the rate of $ N/A per N/A
(d) other: __________

Sworn to and subscribed on this 26 day of November, 2024

[signature]
Signature of Affiant
A. Drew Powers, SBN 8915620
Name of Affiant (Print or Type)
(678)459-1062 / drew.powers@mccalla.com
Phone Number/ Email Address

Witness the Honorable Chief Judge of Said court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A.

[signature]
Magistrate/Deputy Clerk/ Notary Public

DEKALB COUNTY

### SUMMONS

TO THE CONSTABLE MARSHAL OF FULTON COUNTY or his lawful deputies and to Sheriff of Fulton County [illegible]
GREETINGS: The Defendant must file either an oral or written Answer at 185 Central Avenue SW Room [illegible] Atlanta, GA [illegible] between 8:30 A.M. and 5:00 P.M. OR electronically at http://www.odysseyefileGA.com (convenience fee applies) within seven (7) days from [illegible] actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made [illegible] next day [illegible] a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory [illegible] Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession [illegible] pursuant to O.C.G.A. § 44-7-5. If no Answer is made, a writ of possession shall issue instanter.

This ____ day of 12/4/2024 , 20 ____

[signature]
DEPUTY CLERK

### ENTRY OF SERVICE (Marshall/Sheriff/Private)

I certify that I have served the foregoing Dispossessory Affidavit & summons on the Defendant by delivering a copy of same.

( ) Personally
( ) Defendant not found at/within Address on said Summons and Affidavit
( ) Notoriously upon an individual residing at the premises (Name) __________. Deponent further states that the person served was of suitable age and discretion, and:- Race ___ Gender ___ Age ___ Weight ___ Height ___
( ) Tack and Mail: By posting a copy to the door of the premises AND depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant to Answer at the hour & place in said summons.

DATE OF SERVICE __________

DEFENDANT TO FILE ANSWER ON OR BEFORE __________, __________

PROCESS SERVER: - Print name: __________, Officer's Radio/Badge Number __________

Signature: __________ *(Must be NOTARIZED if served by Private Process Server)*

Fulton County Magistrate Court
***E-FILED***MJ
Date: 12/3/2024 2:42 PM
Che Alexander, Clerk
24ED329189

# MAGISTRATE COURT OF FULTON COUNTY

## PROCEEDING AGAINST TENANT HOLDING OVER

24ED329189

Fulton County Magistrate Court
***E-FILED***NL
Date: 3/26/2025 8:45 AM
Che Alexander, Clerk
24ED329189

Secretary of Veterans Affairs, an Officer of the United States
c/o MRLP, LLC, 1544 Old Alabama Rd Roswell GA 30076
(678) 281-6456
PLAINTIFF'S NAME, ADDRESS & PHONE NO.

VS.

Angeline L Payne, "And All Others"
4585 SPRING VALLEY PARKWAY, COLLEGE PARK, GA 30349
DEFENDANT'S NAME & ADDRESS (include. PHONE NO.)

A. Drew Powers
McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Rd, Roswell, GA 30076
(678) 281-6456
PLAINTIFF'S ATTORNEY: NAME, ADDRESS & PHONE

1. Defendant is in possession as Tenant of premises at the address in Fulton County as stated.
2. Plaintiff/Affiant is the ( ) Owner (X) Attorney ( ) Agent ( ) Lessee of the owner of said Premises.
3. Tenant: ( ) Fails to pay the rent which is now past due.
   ( ) Holds the premises over and beyond the term for which they were rented or leased to him.
   (X) other grounds: defendant is a tenant at sufferance
4. Plaintiff desires and has demanded possession of the premises.
5. Defendant has failed and refused to deliver possession of the premises.

WHEREFORE, Plaintiff DEMANDS (check and complete all that apply):
- (a) Possessions of the premises
- (b) Past due rent $ N/A for the months(s) of N/A N/A
- (c) Rent accruing up to the date of judgment or vacancy at the rate of $ N/A per N/A
- (d) other: ______

Sworn to and subscribed on this 26 day of November, 2024

A.Powers
Signature of Affiant
A. Drew Powers, SBN #915670
Name of Affiant (Print or Type)
(678)459-1062 / drew.powers@mccalla.com
Phone Number/ Email Address

Witness the Honorable Chief Judge of Said court: The above affidavit was sworn to and subscribed before the undersigned Deputy Clerk by affiant as provided by O.C.G.A.

Magistrate/Deputy Clerk/ Notary Public

## SUMMONS

TO THE CONSTABLE MARSHAL OF FULTON COUNTY or his lawful deputies and to Sheriff of Fulton County ... GREETINGS: The Defendant must file either an oral or written Answer at 185 Central Avenue SW Room TG ... GA 303... between 8:30 A.M. and 5:00 P.M. OR electronically at http://www.odysseyefileqa.com (convenience fee applies within seven (7) days from the date of actual service unless the seventh day is a Saturday, a Sunday, or a Court holiday, in which case the Answer may be made on the next day which is not a Saturday, a Sunday, or a Court holiday. If the Answer is oral, the substance thereof shall be endorsed on the dispossessory affidavit. The Answer may contain any legal or equitable defense or counterclaim. If no valid legal or factual Answer is filed, a writ of possession may be issued pursuant to O.C.G.A. § 44-7-5. If no Answer is made, a writ of possession shall issue instanter.

This ____ day of 12/4/2024, 20 ____ DEPUTY CLERK

## ENTRY OF SERVICE (Marshall/Sheriff/Private)

I certify that I have served the foregoing Dispossessory Affidavit & summons on the Defendant by delivering a copy of same.
( ) Personally
( ) Defendant not found at/within Address on said Summons and Affidavit
(✓) Notoriously upon an individual residing at the premises (Name) ______ Deponent further states that the person served was of suitable age and discretion, and:- Race B Gender F Age 50 Weight 200 Height 5'7
( ) Tack and Mail: By posting a copy to the door of the premises AND depositing a copy in the U.S. Mail, First Class in an envelope properly addressed, said copy containing notice to the Defendant to Answer at the hour & place in said summons.

DATE OF SERVICE 3/24/25

DEFENDANT TO FILE ANSWER ON OR BEFORE 3/31/25

PROCESS SERVER: - Print name: ______ Officer's Radio/Badge Number 458

Signature: ______ *(Must be NOTARIZED if served by Private Process Server)*

AFFIDAVIT

Comment
**Military Affidavit**

12/03/2024 DISPOSSESSORY AFFIDAVIT ▾

**Dispossessory Affidavit**

Comment
**Dispossessory**

12/19/2024 DISPOSSESSORY ▾

Served
**03/24/20258:09 AM**

Serving Officer
**WILDY, J**

Serving Method
**Personal Service**
Served
**03/24/20258:10 AM**

Serving Officer
**WILDY, J**

Serving Method
**Notorious Service**

03/26/2025 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
**SERVICE**

03/26/2025 RETURN OF SERVICE ▾

RETURN OF SERVICE

Comment
**SERVICE**

## Financial

Secretary of Veterans Affairs, an Officer of the United States

| | |
|---|---|
| **Total Financial Assessment** | **$103.00** |
| **Total Payments and Credits** | **$103.00** |

Fulton County Magistrate Court
***E-FILED***TR
Date: 12/3/2024 2:42 PM
Che Alexander, Clerk
24ED329189

# IN THE MAGISTRATE COURT OF FULTON COUNTY
# STATE OF GEORGIA

Secretary of Veterans Affairs, an Officer of the United States
Plaintiff,

v. CIVIL ACTION FILE NO.

Angeline L Payne
Defendant.

## MILITARY AFFIDAVIT

The undersigned, after first being duly sworn, states the following:

1.

I am of age, of sound mind, and legally authorized to sign this affidavit on behalf of the Plaintiff.

2.

This affidavit is executed pursuant to the Service Members Civil Relief Act, 50 U.S.C. App. 521. Affiant further acknowledges any false statement made in this affidavit may subject the affiant to imprisonment not to exceed one year and a fine.

3.

Affiant states the Defendant, Angeline L Payne ( ) is, ( X ) is not, or ( ) unable to determine, a member of the military forces of the United States.

4.

Affiant is personally knowledgeable of the facts contained in this affidavit and affirms the information contained herein is true and correct.

This 21 day of November, 2024.

Signature
Printed name: A. Drew Powers
Title: Attorney, SBN 915620

Sworn to and subscribed before me [redacted]

this 21 day of November, 20 24

NOTARY PUBLIC
www.dmdc.osd.mil/appj/scra

STUART GORDAN
MY COMMISSION EXPIRES
NOTARY PUBLIC
DEKALB COUNTY, GEORGIA

22-103800GA

Revised May 2019

| | | | | |
|---|---|---|---|---|
| 12/17/2024 | Transaction Assessment | | | $103.00 |
| 12/17/2024 | Payment | Receipt # MCJT-1062621 | Secretary of Veterans Affairs, an Officer of the United States | ($103.00) |

## Documents

AFFIDAVIT

Dispossessory Affidavit

RETURN OF SERVICE

RETURN OF SERVICE

# EXHIBIT F

# INITIAL COURT OF APPEALS TRANSPORT ORDER

# LATE 2024/EARLY 2025

# Court of Appeals of the State of Georgia

ATLANTA, August 05, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0416. ANGELINE PAYNE v. SECRETARY OF VETERANS AFFAIRS, AS OFFICER OF THE UNITED STATES.**

On July 1, 2024, the Fulton County Magistrate Court denied Angeline Payne's motion to set aside and vacate a default judgment and writ of possession. On July 16, 2024, Payne, proceeding pro se, filed this application for discretionary review of the July 1 order. We, however, lack jurisdiction.

Pretermitting whether Payne's application is timely, "the only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (citation and punctuation omitted). Thus, this Court may address magistrate court matters only if they already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411, 411 (1) (393 SE2d 479) (1990).

The Georgia Constitution provides that "[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere." Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII. See also *Bosma v. Gunter*, 258 Ga. 664, 665 (373 SE2d 368) (1988); Court of Appeals Rule 11 (b).

# COURT OF APPEALS OF GEORGIA

330 Capitol Avenue S.E., Suite 1601
Atlanta, Georgia 30334
(404)656-3450

Business Hours: Monday - Friday, 8:30 a.m. to 4:30 p.m.

## NOTICE OF DOCKETING

## APPLICATION FOR DISCRETIONARY APPEAL

## IMPORTANT RULE REQUIREMENTS AND INFORMATION

## NOTICE OF FILING IN THE COURT OF APPEALS OF GEORGIA

**APPLICATION NUMBER: A24D0416** **DATE OF DOCKETING: July 16, 2024**

**STYLE: ANGELINE PAYNE v. SECRETARY OF VETERANS AFFAIRS, AS OFFICER OF THE UNITED STATES**

was filed today in the Court of Appeals of Georgia.

The respondent has 10 days from the above filing date to file a response. A response is not required.

This application will be reviewed and the Court of Appeals of Georgia shall issue an order granting or denying such an appeal within 30 days of the date on which the application was filed, O.C.G.A. §5-6-35.

**Attorneys:** Note that Rule 46 requires that all submissions be via electronic format. E-filing instructions are found at www.gaappeals.us.

**Non-Attorneys:** Self represented parties may now electronically file their submissions to the Court. Non-Attorneys who elect to e-file must comply with the strict requirements that attorneys must follow. See Rule 46. E-filing instructions are found at https://www.gaappeals.us/eFile2/.

The username below is provided for you to register with the Court's E-filing system.

ANGELINE PAYNE - S23588

**Pro Se Filing by US Postal Mail or Delivery Service:** The contents of a properly addressed mailing other than a motion for reconsideration shall be deemed filed on the date of the U.S. Postal Service postmark date if it is stamped on the envelope or container. A filing received from an overnight delivery service is deemed filed on the date shown on the envelope or container. If no date appears on the container or envelope of a mailing or delivery, the contents shall be deemed filed on the date of receipt by the court. **Motions for reconsideration are deemed filed on the date the motion is physically received in the Clerk's office, i.e., the postmark date is not relevant.**

Accordingly, this application is hereby TRANSFERRED to the Superior Court of Fulton County. In light of this ruling, Payne's motion to extend the time to file an appeal with this Court is DISMISSED as MOOT.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/05/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Christina Cooley Smith*, *Clerk.*

# EXHIBIT G

# PRIOR MOTION TO SET ASIDE AND COURT DENIAL

# AUGUST 1ST, 2024

Entered into
Original Filing 03/01/2025

Exhibit H

Evidence of stress-related impacts and time burden

- August 17, 2022
  STOKE
- December 5, 2023
  Medical Emergency
  Nuerologicap
- Febraury 29, 2024
  Fall
- March - April 2024
  Walk J Back, shoulder
  Therapy
- December 19, 2024
  Eye appt triggered
  seizure, due to Stoke injury
  in 2022

: Evidence available from Grady Chart.

Angeline Payne
May 20, 2025

## Work/School/Sports Excuse

**GRADY HOSPITAL EMERGENCY DEPARTMENT**
**80 Jesse Hill Jr. Drive SE**
**Atlanta, GA 30303**
**404-616-1000**

May 20, 2025

Patient: **Angeline Lavern Payne**
Date of Birth: **12/3/1960**

To Whom It May Concern:

Angeline Payne was seen and treated in our emergency department on 5/20/2025. She is unable to return to work/school/sports until a minimum of 24 hours.

If you have any questions or concerns, please don't hesitate to call.

Electronically Signed,

Emergency Department Provider
No att. providers found

Work/School/Sports Excuse

Grady

**GRADY HOSPITAL**
80 Jesse Hill Jr. Drive SE
Atlanta, GA 30303
404-616-1000

RE: Patient: Angeline Payne

Department : CENTER FOR ADVANCED SURGICAL SERVICES -CORRELL PAVILION
POST ANESTHESIA CARE UNIT
80 GILMER STREET
ATLANTA GA 30303-9998

On 5/14/2025 at time 12:43 PM EDT

To whom it may concern: Angeline Payne has been under my care from 5/14/2025 to 5/14/2025.

Electronically Signed,

Thank you. Hossain, Homaira Ayesha,*

EXHIBIT I

EXHIBITS THAT SHOW CHRONOLOGICAL SHOWING OF JURISDICTION AND OVERLAP / CONFLICT

IN THE MAGISTRATE COURT OF FULTON COUNTY, GEORGIA

CASE NO: 24ED329189
PLAINTIFF: Secretary of Veterans Affairs, et al
DEFENDANT: Angeline Payne

NOTICE OF FILING IN FEDERAL COURT

COMES NOW Defendant, Angeline Payne, and respectfully notifies this Honorable Court that on May 7, 2025, she filed a motion for reconsideration to proceed in forma pauperis, along with a request for appointed counsel and a temporary restraining order, in the United States District Court, Northern District of Georgia. Said filing concerns the same subject matter and legal questions as the present dispossessory case.

Federal jurisdiction has been invoked due to constitutional and due process concerns, irregularities in state court proceedings, potential mail tampering, and the health-related complications impacting Defendant's ability to appear to one past hearing.

Accordingly, this Court is respectfully requested to take no further action in this matter unless and until the Federal Court has remanded or otherwise ruled.

Respectfully submitted this 7th day of May, 2025.

/s/ Angeline Payne
Angeline Payne
404-202-2169
angelpayne1@gmail.com

POUCH

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EI 951 863 945 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( )

Angeline Payne
4585 Spring Valley Pkwy
South Fulton, GA 30349

DELIVERY OPTIONS (Customer Use Only)

☑ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

District Court Northern GEORGIA
75 TED Turner Drive
Atlanta, GA 30303

ZIP + 4® (U.S. ADDRESSES ONLY)

- For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
- $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day ☐ 2-Day ☐ Military

PO ZIP Code: 30272
Scheduled Delivery Date (MM/DD/YY): 5/22/25
Postage: $ 31
Date Accepted (MM/DD/YY): 5/21/25
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
Time Accepted: 340 ☐ AM ☑ PM
Return Receipt Fee: $
Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & F[ees]: $ 3
Weight ☐ Flat Rate lbs. ozs.
Acceptance Employee Initials: TC

DELIVERY (POSTAL SERVICE USE ONLY)

Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-9996

PAPER POUCH

ow2recycle.info

UNITED STATES POSTAL SERVICE U.S. MAIL

3F October 2023
12 1/2 x 9 1/2