FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAY 2 2 2025

KEVIN P WEIMER, Clerk
By: Matthew H Deputy Clerk

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

United States District Court
Northern District
75 Ted Turner Drive
Atlanta GA 30303

RE: NOTICE OF JUDICIAL REASSIGNMENT AND CONTINUANCE OF PENDING MOTIONS
Case No: 1-25-01703-SCJ-JEM

Plaintiff: Paynes Diversified Housing, Inc and Angeline Payne
Defendant(s): Secretary of Veterans Affairs et al

Honorable Clerk of Court,

I, Angeline Payne, the pro se plaintiff in the above-referenced matter, respectfully acknowledge that this case has been reassigned from Senior Judge Steve C Jones to Judge [New Judge'Mark H. Cohen], as reflected in the docket.

This notice serves to confirm that the following motions remain pending before the Court:
- Motion for Leave to Proceed In Forma Pauperis (IFP)
- Motion for Temporary Restraining Order (TRO)
- Motion for Appointment of Counsel
- Motion to Supplement with Additional Evidence and Summary of Procedural Irregularities

Given the reassignment, I respectfully request that the new presiding judge review these motions in the interest of justice and judicial efficiency.

Additionally, I affirm that I am experiencing significant financial hardship, and am unable to appear in person unless otherwise ordered. I request the Court accept all filings by U.S. Mail or electronically as allowed.

Thank you for your time and consideration.

Respectfully,

:Angeline-Lavern: Payne©

Signature

: Angeline-Lavern: Payne ~ ©

Angeline Payne
Date: May 09, 2025