FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 2 2 2025
KEVIN P. WEIMER, Clerk
By: Matthew A. Deputy Clerk

UNITED STATES NORTHERN DISTRICT

Angeline Payne,
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, judge Dfoors each officially and personally and Any Other Responsible Party,
Defendantt(s).

Case No:

SUPPLEMENTAL STATEMENT AND SWORN DECLARATION REGARDING PROCEDURAL MISCONDUCT AND POST-DISMISSAL COMMUNICATION

To the Honorable Judge:

I, Angeline Payne, submit this supplemental filing in support of my federal case and in furtherance of justice, due process, and civil rights protections under the Constitution of the United States.

I. BACKGROUND AND RECENT DEVELOPMENTS

*On May 5, 2025, I received* a letter from Judge Debbie Ann Rickman of the Fulton r weekCounty Magistrate Court, stating that a transfer order was entered pursuant to the Georgia Court of Appeals' finding that it lacked jurisdiction over my discretionary appeal. This transfer order arrives nine months late, referencing events from August 2024, and seeks to transfer the case to Fulton County Superior Court for "all further proceedings."

This is procedurally improper and unlawful. The case had already been subject to federal removal, and jurisdiction had shifted accordingly. I submit this as evidence of:

delay and administrative obfuscation.

An apparent attempt to retroactively clean the court's record.

Improper post-dismissal communication and coercion.

On or about the same date, I received communication from Attorney Drew Powers, claiming that upon my payment of a cost bill, he would voluntarily dismiss the matter and proceed in the Fulton County Superior Court under a "de novo appeal." However, the state court system never provided a docket number, and to date that file has not received a docket number from Superior Court, proper notice, nor remanded the matter legally—thereby voiding any authority to

entertain a de novo proceeding. Being mindful that case 24ED273255 I'Mhad already been dismissed, the order or the email does not focus on the improper opening of case number 24ED329189

II. TIMELINE OF EVENTS DEMONSTRATING MISCONDUCT

1. August 1, 2024 – Magistrate Court denies my Motion to Set Aside.

2. August 5, 2024 – I file a discretionary appeal with the Georgia Court of Appeals.

3. Late 2024 – Early 2025 – No docket number is ever assigned by Superior Court.

4. March–April 2025 – I file federal removal and IFP request.

5. May 3–5, 2025 – Attorney Drew Powers emails me; Magistrate Court issues post-dated "transfer order."

This timeline reflects a consistent failure by the courts to properly execute their duties, followed by an apparent coordinated effort to falsify procedural standing after the fact.

III. REQUEST FOR JUDICIAL NOTICE AND PRESERVATION OF RIGHTS

I respectfully request this Honorable Court to:

Take judicial notice of the post-dismissal manipulation of court documents and jurisdiction.

Prevent any further state court interference in this matter now before the federal bench.

Consider this misconduct as part of the pattern of civil and constitutional violations against me as outlined in my initial filings.

IV. SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Angeline Payne, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, belief, and understanding.

Executed this day: May 7, 2025

Signed: Angeline-Laverne: Payne ©

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com