Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
June 04, 2025

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 09 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

Clerk of the Court
U.S. District Court
Northern District of Georgia]
75 Ted Turner Drive
Atlanta GA 30303

RE: Submission of Motion to Reconsider Denial of IFP and Completed Application
Case No.: 1:25CV-1703 MHC

Dear Clerk,

Please find enclosed the following documents for immediate filing and consideration in the above-referenced case:

1. Motion to Reconsider Denial of In Forma Pauperis

2. Completed and Signed IFP Application

3. Copy of the original complaint cover page (for docket confirmation)

4. Self-addressed stamped envelope for stamped copy)

Due to an urgent medical emergency including an eye injection and seizure, I was physically impaired this is why I am mailing in the documents including the cost of transportation to the courthouse is not affordable. This submission is made in good faith to correct the record and respectfully request the Court accept this as timely.

Thank you for your attention to this matter.

Respectfully,
Angeline-Lavern:Payne~©
Angeline Payne

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 09 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

UNITED STATES NORTHERN DISTRICT COURT
FULTON COUNTY

Angeline Payne
Plaintiff,

v.

SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, judge Dfoors each officially and personally and Any Other Responsible Party,

Defendant. (s)

Case No: 1:25-CV-1703

MOTION TO RECONSIDER DENIAL OF IN FORMA PAUPERIS STATUS

COMES NOW the Plaintiff, Angeline Payne and respectfully submits this Motion to Reconsider the denial of Plaintiff's request to proceed in forma pauperis in the above-captioned case.

Plaintiff was informed by the Clerk's Office that the original Motion to Proceed In Forma Pauperis was not accompanied by the required form. Plaintiff now submits the completed and signed IFP application as a good faith effort to cure this procedural deficiency.

Plaintiff respectfully requests that this Court accept this filing as a timely correction to the pending case and permit the case to proceed under 28 U.S.C. § 1915 without requiring full prepayment of the filing fee.

Plaintiff further notes that due to ongoing medical hardship—including a recent seizure, emergency room stay, and retinal injection—Plaintiff has experienced substantial physical limitations, which impacted submission of this documentation. These circumstances support the equitable consideration of this request.

WHEREFORE, Plaintiff respectfully requests that the Court reconsider its previous denial and grant in forma pauperis status so that this matter may proceed without undue financial burden.

Respectfully submitted,

Angeline Payne
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com

Signature: Angeline-Lavern: Payne ~ ©
Date: June 04, 2925