FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 0 9 2025

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

UNITED STATES NORTHERN DISTRICT COURT

Case No.: 1:35-CV-1703

Supplementary Exhibit List in Support of Motion for Reconsideration of Denied IFP Status

Petitioner: Angeline Payne
Title of Motion: Motion for Reconsideration of Order Denying Leave to Proceed In Forma Pauperis

Exhibit Title Description

A Social Security Benefit Verification Letter Verifies Petitioner's current monthly Social Security income and supports financial hardship.

B Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) Original long-form IFP application submitted, showing financial status in detail.

C Supplemental Nutrition Assistance Program (SNAP) Documentation Proof of Petitioner's receipt of food assistance, reinforcing indigence claim.

D Acceptance of Motion to Vacate & Refusal of NOVO Case Transfer Case No. 23ED273255)* Envelope #18272422 Copy of court communication regarding state-level case and Petitioner's refusal of transfer.

E Judicial Notice: State Conflict, Request for Federal Oversight & Motion to Vacate June 5th Hearing Formal request for federal oversight due to conflicts in state proceedings and related issues.

# EXHIBIT A – Social Security Benefit Verification Letter

Explanation: This letter confirms the Petitioner receives fixed income through Social Security benefits. It demonstrates current financial limitations, substantiating the request to proceed IFP.

Attachment:

SSA Benefit Verification Letter

# Social Security Administration
# Benefit Verification Letter

Date: June 4, 2025
BNC#: 25TZ068G01923
REF: A, C9, DI

*0101BEV4BAA4IA1* CCM.M72.BEV4B.R250604

ANGELINE LAVERN PAYNE
4585 SPRING VALLEY PKW
ATLANTA GA 30349-2133

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2024, the full monthly Social Security benefit before any deductions is $705.20.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $705.00. (We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

## Information About Past Social Security Benefits

From December 2023 to November 2024, the full monthly Social Security benefit before any deductions was $688.10.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $688.00. (We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly retirement benefits.

## Information About Current Social Security Benefits

Beginning April 1982, the full monthly Social Security benefit before any deductions is $0.00.

See Next Page

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $0.00.
(We must round down to the whole dollar.)

Benefits were stopped beginning April 1982.

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the third of each month.

**Type of Social Security Benefit Information**

You are entitled to monthly benefits as a dependent of the wage earner.

**Date of Birth Information**

The date of birth shown on our records is December 3, 1960.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

**Need more help?**

1. Visit www.ssa.gov for fast, simple and secure online service.
2. Call us at **1-800-772-1213**, weekdays from 8:00 am to 7:00 pm. If you are deaf or hard of hearing, call TTY **1-800-325-0778**. Please mention this letter when you call.
3. You may also call your local office at **1-877-828-1694**.

SOCIAL SECURITY
BLDG 2400 SUITE 122
3800 CAMP CREEK PKWY
ATLANTA GA 30331

**How are we doing?** Go to www.ssa.gov/feedback to tell us.

*Social Security Administration*

EXHIBIT B – Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

Explanation: Petitioner's submitted AO 239 Long Form Application provides a sworn financial disclosure demonstrating limited resources. This filing supports the motion to reconsider the denial of IFP status.

Attachment:

Completed AO 239 Long Form

AO 239 (Rev. 01/15) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the

Angeline Payne
*Plaintiff/Petitioner*
v.
Secretary of Veterans Affairs et al
*Defendant/Respondent*

Civil Action No. 1:25-CV-1703

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: :Angeline-Lavern:Payne~c

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 06/04/2025

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Self-employment | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Income from real property *(such as rental income)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Gifts | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Alimony | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Child support | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| Retirement *(such as social security, pensions, annuities, insurance)* | $ 705.00 | $ 0.00 | $ 705.00 | $ 0.00 |
| Disability *(such as social security, insurance payments)* | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Unemployment payments | $ | $ 0.00 | $ 0.00 | $ 0.00 |
| Public-assistance *(such as welfare)* | $ 267.00 | $ 0.00 | $ 267.00 | $ 0.00 |
| Other *(specify)*: | $ | $ 0.00 | $ 0.00 | $ 0.00 |
| **Total monthly income:** | $ **972.00** | $ **0.00** | $ **972.00** | $ **0.00** |

2. List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

3. List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| **Employer** | **Address** | **Dates of employment** | **Gross monthly pay** |
|---|---|---|---|
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |
| N/A | N/A | N/A | $ 0.00 |

4. How much cash do you and your spouse have? $ ____________

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| **Financial institution** | **Type of account** | **Amount you have** | **Amount your spouse has** |
|---|---|---|---|
| | SSI Direct Deposit | $ 25.00 | $ 0.00 |
| | N/A | $ 0.00 | $ 0.00 |
| | N/A | $ 0.00 | $ 0.00 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| **Assets owned by you or your spouse** | |
|---|---|
| Home *(Value)* | $ 0.00 |
| Other real estate *(Value)* | $ 0.00 |
| Motor vehicle *#1 (Value)* | $ 0.00 |
| Make and year: | |
| Model: | |
| Registration #: | |
| Motor vehicle *#2 (Value)* | $ |
| Make and year: | |
| Model: | |
| Registration #: | |
| Other assets *(Value)* | $ 0.00 |
| Other assets *(Value)* | $ 0.00 |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| **Person owing you or your spouse money** | **Amount owed to you** | **Amount owed to your spouse** |
|---|---|---|
| N/A | $ | $ |
| N/A | $ | $ |
| N/A | $ | $ |

7. State the persons who rely on you or your spouse for support.

| **Name** (or, if under 18, initials only) | **Relationship** | **Age** |
|---|---|---|
| Storm Payne unpaid caretaker | Daughter | 29 |
| Earth Payne unpaid caretaker | Son | 27 |
| | | |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)*<br>Are real estate taxes included? ☐ Yes ☑ No<br>Is property insurance included? ☐ Yes ☑ No | $ 275.00 | $ 0.00 |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 186.00 | $ 0.00 |
| Home maintenance *(repairs and upkeep)* | $ 40.00 | $ 0.00 |
| Food | $ 392.00 | $ 0.00 |
| Clothing | $ 40.00 | $ 0.00 |
| Laundry and dry-cleaning | $ 39.00 | $ 0.00 |
| Medical and dental expenses | $ 0.00 | $ 0.00 |
| Transportation *(not including motor vehicle payments)* | $ 0.00 | $ 0.00 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0.00 | $ 0.00 |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
| Homeowner's or renter's: | $ | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ | $ |
| Installment payments | | |
| Motor vehicle: | $ 0.00 | $ 0.00 |
| Credit card *(name)*: | $ 0.00 | $ 0.00 |
| Department store *(name)*: | $ 0.00 | $ 0.00 |
| Other: | $ 0.00 | $ 0.00 |
| Alimony, maintenance, and support paid to others | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0.00 | $ 0.00 |
| Other *(specify)*: | $ 0.00 | $ 0.00 |
| **Total monthly expenses:** | $ **972.00** | $ **0.00** |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

❒ Yes ❒ No If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit? ❒ Yes ❒ No

If yes, how much? $ 40.00

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

I withhold $25 per month from my expenses, laundry, so that I can afford mailing fees or emergency transportation to the courthouse to file papers, due to my stoke, I have encountered difficulties with my health

12. Identify the city and state of your legal residence.

South Fulton: 4585 Spring Vally Pkwy, South Fulton, GA 30349

Your daytime phone number: (404) 202-2169

Your age: 64 Your years of schooling: 16

EXHIBIT C – Supplemental Nutrition Assistance Program (SNAP) Benefits Letter

Explanation: This document confirms that the Petitioner receives public assistance in the form of SNAP benefits. This evidence further confirms financial hardship, relevant to the court's IFP assessment.

Attachment:

SNAP Benefits Approval or Recertification Letter

An official website of the State of Georgia. How you know

Georgia Gateway

¿Habla Español? | Print | Help

Hello, **Angeline**. You are logged in.

Manage My Account

Logout

Back to Benefits Summary | Report My Changes | Case Closure | Upload Documents | Apply for Benefits

My Benefits

My Applications

# Food Stamps (SNAP) Details

## Case Information

| Case Number | 117426920 | Head of Household | ANGELINE PAYNE | Case Status | Approved |
|---|---|---|---|---|---|

## Food Stamps (SNAP) Details

The following content in the table lists the Food Stamps-SNAP Details for the current month and allows you to select the link for more information.

| Begin Date | Status | Monthly Amount | Benefit Month | Date Benefit available | Information |
|---|---|---|---|---|---|
| 06/01/2025 | Approved | $ 267 | 2025/06 | 06/15/2025 | Select here for ANGELINE PAYNE's coverage. |

Previous

Privacy & Security | Nondiscrimination & Disability | Accessibility Statement

Georgia®
An official website of the State of Georgia

**AT YOUR SERVICE**
Georgia.Gov
Agencies
Popular Topics

**ELECTED OFFICIALS**
Governor
Lieutenant Governor
Attorney General
More Officials

EXHIBIT D – Motion to Vacate Accepted, Refusal of Novo Case Transfer 23ED273255

Explanation: This exhibit shows the court's acceptance of Petitioner's Motion to Vacate and the Petitioner's written refusal to proceed under the Novo court transfer. The referenced envelope number is 18272422. Petitioner reserves the right to correct the case number once verified.

Attachment:

E-file copy of Motion to Vacate acceptance and Refusal of Transfer.

10:12 AM 57%

Sort By
Newest to Oldest

1 results

re:Search

Submitted: May 27, 2025 10:52:42 AM

Secretary of Veterans Affairs, an Officer of the United States vs. Melvi

## Case # 23ED273255

Envelope #18272422

| | |
|---|---|
| Submitted By | Angeline Payne |
| Judge | Defoor2, John |

| | |
|---|---|
| Filing Status | Accepted |
| Filing Code | MOTION |
| Filing Type | eFile Only |
| Filing Description | Motion to Vacate |
| Client Ref # | |

| | |
|---|---|
| Filing Status | Accepted |
| Filing Code | NOTICE |
| Filing Type | eFile Only |
| Filing Description | Refusal of De Novo case and transfer |
| Client Ref # | |

Rows per page: 10 1-1 of 1

EXHIBIT E – Judicial Notice to State Conflict, Oversight Request & June 5th Hearing Vacate Request

Explanation: This judicial notice formally notifies the court of a potential conflict with state court proceedings and seeks federal oversight. Petitioner also formally requests that the hearing scheduled for June 5th be vacated due to procedural conflicts and jurisdictional concerns.

Attachment:

Judicial Notice filing

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

June 03, 2025

United States District Court
75 Ted Turner Drive
Atlanta Georgia 30303]

Re: Jurisdictional Notice – State Court Conflict and Request for Court Oversight

To the Honorable Clerk and Assigned Judge:

Please find enclosed a copy of the Motion to Vacate Hearing that I have filed with the Fulton County Magistrate Court in response to a state-level hearing scheduled for June 5, 2025, which conflicts directly with the subject matter now pending before this federal court.

This action is necessary due to procedural irregularities and a violation of due process at the state level, including improper reopening of a dismissed case and issuance of a writ of possession without legal foundation. I respectfully bring this to the Court's attention to avoid duplicative proceedings and ensure federal oversight is not undermined.

Additionally, I request that this Court take judicial notice of this conflict, and I stand ready to submit any additional materials or declarations needed to clarify the urgent and intertwined nature of these matters.

Thank you for your time and consideration.

Respectfully,
:Angeline-Lavern :Payne~©
Angeinel Payne

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

June 4, 2025

Clerk of the Court
United States Northern District Court
75 Ted Turner Drive
Atlanta Georgia 30303

Re: Supplemental Filing – Judicial Notice, USPS Mail Investigation, and IFP Application

Case Related to: Magistrate Case No. ending in 3255

Dear Clerk,

Please find enclosed my **Supplemental Judicial Notice**, **In Forma Pauperis (IFP) Application**, and recent **correspondence from the United States Postal Service confirming the initiation of an investigation** into potential mail tampering involving my legal correspondence.

This notice is to advise the U.S. Northern District Court that, despite the filing and acceptance of my Motion to Vacate and my Objection to Jurisdiction in the Magistrate Court, I continue to receive correspondence regarding a hearing scheduled for June 5, 2025, which was explicitly contested and lawfully challenged.

The attached Judicial Notice outlines the full conflict and requests oversight from this Court to prevent further due process violations.

Please include these documents in the federal record related to my claims.
I will call your office after mailing to confirm receipt.

Respectfully,
/s/ Angeline Payne
Pro Se Litigant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

Angeline Payne )
Plaintiff/Complainant, )
)
v. ) CIVIL ACTION #: 1:25-CV-1703
)

SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, Judge De Foors each officially and personally and Any Other Responsible Party,

Defendant(s).

SUPPLEMENTAL JUDICIAL NOTICE
OF STATE COURT CONFLICT, USPS MAIL INVESTIGATION, REQUEST FOR OVERSIGHT, AND RESERVATION OF FEDERAL RIGHTS

Comes now, Angeline Payne , pro se, and files this Supplemental Judicial Notice with the United States District Court, to formally alert the Court of ongoing conflicts in the state Magistrate Court of Fulton County, Georgia.

**1. CONTINUED DUE PROCESS VIOLATIONS**

Despite the following filings being **accepted** via e-file in the Magistrate Court:

- Emergency **Motion to Vacate** Hearing Scheduled for June 5, 2025
- **Objection to Jurisdiction** and improper **Transfer Order**
- Formal **Refusal of De Novo Rehearing** for a previously **dismissed** case

The Magistrate Court has now issued **additional group correspondence**, again referencing a hearing for June 5th, 2025. This correspondence ignores the filed and accepted legal motions and seeks to move forward without jurisdiction or valid authority.

**2. FEDERAL INTERVENTION IS WARRANTED**

Additionally, I received correspondence from the **U.S. Postal Service (USPS)** confirming a formal investigation into possible **mail tampering or interception**, potentially affecting prior or future filings.

**3. FILING OF IN FORMA PAUPERIS REQUEST**

Enclosed is my **IFP Application**, as I am without sufficient income to afford fees associated with federal litigation. The financial constraints are also why physical attendance in state hearings that are not legal and violates my rights is burdensome and discriminatory under equal access principles.

**4. RESERVATION OF FEDERAL RIGHTS**

Plaintiff explicitly **reserves the right** to seek **injunctive relief, declaratory judgment**, and **monetary damages** under **42 U.S.C. § 1983**, against any state actors continuing to act under color of law to deprive me of my constitutional rights, including due process, access to fair court proceedings, and the right to petition the federal judiciary for redress.

**5. REQUEST FOR IMMEDIATE COURT OVERSIGHT**

Plaintiff respectfully asks this Court to:

- Accept this judicial notice into the record
- Monitor or assume jurisdiction as necessary to prevent further injury
- Consider this in conjunction with the accompanying IFP and USPS documentation

Respectfully submitted,
this 5th day of June, 2025.
:Angeline-Lavern:Payne

Angeline Payne
4585 Spring Valley Parkway
South Fulton GA 30348
Pro Se

Red ink: print error



UNITED STATES POSTAL SERVICE — We Redeliver For You.

Download Informed Delivery APP to manage your redeliveries.

**Sorry we missed you while you were out.**

Date: 6/4/25

The item was sent by: CHS Alexander

It was sent to: Angeline Payne

At this address: 4585 Spring Valley Pkwy

**About the missed delivery:**

It was a:

___ Package ✓ Letter ___ Large envelope

☐ USPS® Smart Parcel Locker Eligible
*(Smaller than 17Hx13Wx23D)*

Available for pickup date: ____________

This is the:

☑ First attempt ☐ Final notice

**To schedule a redelivery:**

***Scan the QR code or go to usps.com/redelivery***

Article number:
**5283 0669 [redacted]**

**We have item/s for you which we could not deliver because:**

☐ It requires a payment of $_______ for:
_____ Postage due _____ Customs

☐ Receptacle full/item oversized

☐ No secure location available

☐ No authorized recipient available

☐ Signature required
___must be 18+ years old ___must be 21+ years old

☐ Other: ____________

***Please see reverse to schedule redelivery or pickup.***

PS Form **3849**, September 2022

**MAGISTRATE COURT OF FULTON COUNTY**
**STATE OF GEORGIA**

CASE: Secretary of Veterans Affairs, an Officer of the United States vs. Angeline Payne ,???And All Others???

**TO:** ???And All Others???
4585 SPRING VALLEY PARKWAY
College Park GA 30349

**CIVIL ACTION NO**: 24ED329189

**NOTICE OF HEARING**

ON **06/05/2025 AT 9:00 AM IN COURTROOM 6G OF** THE FULTON COUNTY JUSTICE TOWER, 185 CENTRAL AVENUE, ATLANTA, GEORGIA 30303, ALL MATTERS IN THIS MAGISTRATE LANDLORD – TENANT ACTION WILL BE HEARD BEFORE THE PRESIDING JUDGE. **ATTENDANCE IS MANDATORY.**

ALL PARTIES MUST **APPEAR IN PERSON**.

PLEASE FOLLOW GENERAL SAFETY GUIDELINES AND RULES

**GENERAL SAFETY GUIDELINES AND RULES FOR MAGISTRATE COURT BUSINESS**

- All individuals entering the Justice Center shall comply with CDC and Georgia Department of Public Health guidelines.
- **Litigants who are experiencing illness (including fever) who seek a continuance, must file a written request with a doctor's excuse into the case file maintained by the Clerk of Court at least 24 hours before the scheduled hearing. Emails or calls requesting a continuance will not be considered.**
- Please practice caution and consideration at all times. Visitors may wear masks and facial coverings in courtrooms, lobby spaces, and the Clerk's Office.
- Parties are encouraged to factor the additional time involved with entrance lines when calculating their arrival time to the Justice Center. Late arrivals may result in a Default Judgment entered against you or dismissal of your case.

Please email magistrate.jarequests@fultoncountyga.gov or call (404) 613-5360 with any general questions about these safety guidelines. Our staff cannot provide legal advice.

Ché Alexander, Clerk
Fulton County Superior & Magistrate Court

Most cases in the Magistrate Court are now held **in person**. For **in person** proceedings, such as small claim trials, landlord-tenant (dispossessory) mediation and trials, warrant applications, abandoned minor child and environmental proceedings bring your evidence with you to court. For those cases held virtually (for example, via Zoom), such as small claims status and motions, landlord-tenant JOP, AMV, and garnishment, submit your evidence as follows:

**How to Submit Evidence Exhibits in Civil Cases held via Zoom:**
Any evidence you wish to use for VIRTUAL OR HYBRID hearings ONLY must be emailed to the **Court email address** (SPECIFIC TO YOUR CASE TYPE) at least **5 DAYS BEFORE** THE HEARING. **THIS IS FOR EVIDENCE ONLY.** The Court will not accept any requests for continuance by email or telephone.

| Case Type | Send to the email below |
|---|---|
| **Landlord-Tenant (Dispossessory) JOP ONLY** | |
| **Landlord/Property Owners** | Magistrate.landlord@fultoncountyga.gov |
| **Tenants/Renters** | Magistrate.tenant@fultoncountyga.gov |
| **Small Claims:** | |
| **Status** | Magistrate.status@fultoncountyga.gov |
| **Motions** | Magistrate.motions@fultoncountyga.gov |
| **Garnishment** | Magistrate.garnishment@fultoncountyga.gov |
| **Abandoned Motor Vehicle** | Magistrate.jarequests@fultoncountyga.gov |

**Additional Notices**

**Rule 31 Designation of Agency.** For corporations and business entities not represented by an attorney, any officer or full-time employee intending to represent a corporation, sole proprietorship, partnership, or unincorporated association shall file a Rule 31 form with the Clerk **before** the hearing. This form requires a notarized affidavit. *Uniform Magistrate Court Rule 31*.

**Legal Resources. Magistrate Court staff cannot provide legal advice. There are two options for assistance on site:**

25. Tenants seeking free legal help should contact the **Housing Court Assistance Center** by e-mail at HCAC@avlf.org, by phone at **(404) 521-0790**, or in person at **the Magistrate Clerk's Office at 185 Central Avenue, Suite TG 100, Atlanta, GA 30303**. Tenants may also be eligible for free legal representation through **Atlanta Legal Aid** - call **404-524-5811** or visit atlantalegalaid.org/apply for more information.

26. For assistance with small claims, garnishment, or private warrant cases, contact the Rapid Education Assistance Court Help (R.E.A.C.H.) Clinic. To schedule an appointment, email magistrate.selfhelp@fultoncountyga.gov, call 404-613-9307, or schedule directly at https://calendly.com/magistrate-selfhelp/clinic-appointment. The Clinic cannot provide legal advice.

**Rental assistance.** Tenants and Landlords may qualify for rental assistance through various programs. Residents within the City of Atlanta contact: www.georgiarentalassistance.ga.gov or City of Atlanta Eviction Diversion Program https://archicollaborative.org/research-resources/help/. Residents in Fulton County, outside the city of Atlanta, may call 855-776-7912 or visit www.fultoncountyga.gov/rentalassistance; or contact Georgia Legal Aid by visiting http://www.glsp.org/ or calling 844-779-3278. For other housing needs, residents may contact www.HousingHelpCenter.com or call 404-465-1829.

**Mediation.** Parties seeking early mediation of their landlord-tenant matter may do so by contacting magistrate.mediation@fultoncountyga.gov. Include your case number as well as the names and contact information of parties wishing to participate. An Atlanta Mediation & Arbitrations Services staff member will contact the parties. Mediation will occur within 30 days of notification, absent unforeseen circumstances. ***Cases not resolved in early mediation will be immediately scheduled for trial, as identified by the Court's Order of Business.***

**Payment of Rent into Registry of Court**. In compliance with Georgia law (*O.C.G.A.* § 44-7-54), a tenant is required to pay rent into the Court when the right of possession (trial) cannot be determined within two weeks of service of the landlord's affidavit upon the defendant. The Court Registry is located at **185 Central Avenue, Suite TG 100, Atlanta, GA 30303.**

EXHIBIT F– USPS mail tampering response letter

Explanation: This letter formally notifies the court of an interest of you USPS oversight committee and reference to the mail tampering complaint filed by the plaintiff.

Attachment:

Letter from The office of consumer affairs: Georgia US Postal service office of inspector general

Office of Consumer Affairs: GEORGIA

Thank you for contacting the U.S. Postal Service Office of Inspector General (OIG). By conducting audits, evaluations, and investigations, the OIG ensures efficiency, accountability, and integrity in the U.S. Postal Service.

We carefully review every submission to ensure it is a matter under the OIG's jurisdiction or area of responsibility. After reviewing the information submitted, we have determined the U.S. Postal Service Consumer and Industry Contact Office is the correct contact.

The OIG has forwarded your correspondence to the office below for their review and action. Please direct all further inquiries on this matter to:

United States Postal Service
Consumer & Industry Contact Office
3900 Crown Rd SW Rm 2392 Atlanta, GA 30304

(404) 765-7702 or (800) ASK-USPS

Sincerely,
The OIG Hotline Team

EXHIBIT G – Add Defendant

Explanation: motion to amend complaint to include Chè Alexander

Attachment:

Motion and photo of a mail delivery slip that was not processed properly, it was not handed to anyone who was home at the time or adhered to a door or put into the mailbox, it was found laying on the ground on the walkway of my home.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT GEORGIA

Angeline Payne
Plaintiff,

v.

SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, judge De Foors each officially and personally and Any Other Responsible Party,

Defendant(s).

Civil Action No.: 1:25-CV-1703

MOTION TO AMEND COMPLAINT TO ADD DEFENDANT CHÈ ALEXANDER

- COMES NOW the Plaintiff, Angeline Payne, and respectfully moves this Court for leave to amend her complaint pursuant to Federal Rule of Civil Procedure 15(a)(2), and in support thereof states as follows:

1. Plaintiff previously filed a federal civil complaint naming individuals involved in procedural misconduct regarding her ongoing legal matter in the Magistrate Court.

2. Since that filing, Plaintiff has received new and material evidence indicating that Chè Alexander, Chief Magistrate Clerk, is alleging she has actively interfered with the Plaintiff's receipt of legal notices and service of court documents. In a meeting on May 8th, 2025 Chief clerk Alexander admitted that she used clerks from her

office, to deliver mail to the crown Road mail processing center due to the irregularities of undeliverable mail being returned to the courthouse 3 years later after being held at the facility. Being that my mail has not gone through the regular processing system of the mail processing facility I asked that this be investigated thoroughly.

3. On June 4, 2025, Plaintiff's adult child discovered a USPS notice addressed to Plaintiff on the front walkway of Plaintiff's residence. The notice was not taped to the door or handed to a resident, I was home at the time along with several other members of the family and and no authorized postal worker confirmed service or delivery.

4. These actions have significantly impaired Plaintiff's ability to respond timely to court actions, defend her rights, and properly prepare for hearings.

5. Plaintiff alleges that these actions are part of an ongoing pattern of obstruction by court officials and constitute a violation of her rights under the Due Process Clause of the Fourteenth Amendment, and potentially implicate 42 U.S.C. § 1983.

6. Plaintiff seeks to add Chief Magistrate and Superior Court clerk Chè Alexander as a named defendant in both her individual and official capacities.

7. Plaintiff is submitting a supplement today to the Court, inclusive of this motion, updated complaint section, USPS letter indicating investigation into mail tampering, and Certificate of Service.

WHEREFORE, Plaintiff prays that the Court grants leave to amend her complaint to include Chè Alexander as a Defendant, and for such further relief as this Court deems just and proper.

Respectfully submitted this 4th day of June, 2025.

/s/ Angeline-Lavern: Payne ~©
Angeline Payne, Pro Se
4585 Spring Valley Parkway
South Fulton GA 30348
404-202-2169
angelpayne1@gmail.com

SUPPLEMENTAL COMPLAINT SECTION

Addition to Complaint - Paragraph [Insert Number]:

Defendant Shea Alexander is the Chief Magistrate Clerk of the [County Name] Magistrate Court. In her official capacity and under color of state law, she has knowingly interfered with Plaintiff's access to court communications, legal notices, and proper service of process.

On or about June 4, 2025, a USPS "Sorry We Missed You" form was found on the walkway of Plaintiff's home, left in a non-secure location during inclement weather. This notice was not delivered directly to Plaintiff or posted on her door. Plaintiff has reason to believe this incident is part of a larger pattern of procedural irregularities and misuse of office intended to undermine Plaintiff's case and her access to judicial redress.

Such actions violate Plaintiff's right to due process under the Fourteenth Amendment to the United States Constitution and constitute grounds for federal court intervention.

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2025, I served a true and correct copy of the following documents:

Motion to Amend Complaint

Supplemental Complaint Section

USPS Letter Regarding Investigation

Certificate of Service

...by First-Class Mail to attached list of parties:

Now to include:

Chè Alexander, Chief Magistrate and Superior Court Clerk
[Magistrate Court Address]

Other parties already served in previous mailings

Respectfully submitted,
:Angeline-Lavern:Payne~©
/s/ Angeline-Lavern: Payne~©
Angeline Payne, Pro Se


FROM:
CLEARED SECURITY
U.S. MARSHALS SERVICE
Atlanta, Georgia
TO: