FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
MAY 2 2 2025
KEVIN P WEIMER, Clerk
By: Matthew H Deputy Clerk

COMPLAINT FOR WRONGFUL FORECLOSURE

IN THE UNITED STATES DISTRICT COURT
FOR THE [Your District] DISTRICT OF [Your State]

Angeline Payne
Plaintiff,

v.

SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, judge Dfoors each officially and personally and Any Other Responsible Party,

Defendant(s).

Civil Action No.: ____________

COMPLAINT

Jurisdiction and Venue This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331. Venue is proper under 28 U.S.C. §1391(b).

PARTIES

1. Pplaintiff, Angeline Payne, is a citizen of the United States residing in Fulton County, Georgia

2. SECRETARY OF VETERANS AFFAIRS, BSI FINANCIAL SERVICES INC, MAGISTRATE COURT, Drew Powers, Marshal J.Wiley, Judge Ashley Drake, Judge Elizabeth George, Judge De Foors each officially and personally and Any

Other Responsible Party, are corporate and individual entities engaged in real estate lending, servicing, and foreclosure activities within this jurisdiction.

STATEMENT OF CLAIM

3. Plaintiff brings this action for wrongful foreclosure of her residential property located at 4585 Spring Valley Parkway, South Fulton Parkway, GA 30349 .

4. Plaintiff alleges that Defendant(s) foreclosed without proper legal standing and continued to pursue action after notice of federal case transfer.

5. Despite prior dismissal of a related magistrate court action, Defendant(s) have attempted to relitigate claims in contradiction of federal jurisdiction.

6. Plaintiff has suffered irreparable harm, emotional distress, reputational damage, and economic loss.

Prayer for Relief Plaintiff respectfully requests:

A. Damages in the amount of $1,960,000 (inclusive of supplemental claims);

B. Injunctive relief preventing further foreclosure attempts;

C. Appointment of counsel;

D. Court costs and other just relief deemed appropriate.

Respectfully submitted,

Angeline-Loran:Payne ©

Angeline Payne

Date: May 19, 2025