UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 14 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

ANGELINE PAYNE,
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, et al.,
Defendants.
Case No: 1:25-CV-1703-MBC-JEM

TABLE OF AUTHORITIES

I. Statutes & Constitutional Provisions

Authority Citation Relevance

Fifth Amendment, U.S. Constitution U.S. Const. amend. V Protects against deprivation of property without due process of law
Fourteenth Amendment, U.S. Constitution U.S. Const. amend. XIV Requires states to provide due process and equal protection
Americans with Disabilities Act (ADA) 42 U.S.C. § 12101 et seq.Protects Plaintiff as a disabled person in court and housing actions
Fair Debt Collection Practices Act (FDCPA) 15 U.S.C. § 1692 et seq. Limits false or deceptive practices in debt collection
Real Estate Settlement Procedures Act (RESPA) 12 U.S.C. § 2601 et seq. Requires servicer transparency regarding foreclosure proceedings
Georgia Statute of Limitations on Contracts O.C.G.A. § 9-3-24 Imposes a six-year limit on actions under written contracts

II. Case Law

Case Citation Legal Principle

Goldfarb v. VA, 839 F.2d 780 (D.C. Cir. 1988) VA is bound by its own administrative procedures regarding loan guarantees
Gonzaga Univ. v. Doe, 536 U.S. 273 (2002) Clarifies standing requirements and personal injury under federal statute
Greene v. Lindsey, 456 U.S. 444 (1982) Use of inadequate notice violates due process in eviction proceedings
Wells Fargo v. Cook, 115 F. Supp. 3d 1260 (N.D. Ga. 2015) Lender must establish standing and proper chain of title in foreclosure
Johnson v. Georgia, 928 F. Supp. 1416 (S.D. Ga. 1996) State actors may be liable for ADA violations when disability is disregarded in judicial proceedings

III. Regulations / Administrative Guidance

Regulation / Guidance Citation Note

VA Lenders Handbook Chapter 5: Loan Guaranty Processing Outlines VA's responsibilities for loan servicing and archival procedures
38 C.F.R. § 36.4319 Release of liability and archival process for VA loans Relevant to VA's removal of guarantee and loan archiving
HUD Handbook 4330.1 FHA Loan Servicing Guidelines Analogous procedure showing how federal loan handling must ensure proper notice and due process
GA Uniform Superior Court Rules Rule 6.5 and 6.8 Local rules for dispositive motions and due process requirements