UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 14 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

ANGELINE PAYNE,
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, et al.,
Defendants.
Case No: 1:25-CV-1703-MBC-JEM

PLAINTIFF'S WITNESS LIST

No. 1-6

1 Earth Payne Plaintiff's child, resident witness Will testify to residence at 4585 Spring Valley Pkwy, observed unlawful lockout and attempts to reclaim property. [ x] Yes [ ] No [ ] Forthcoming

2 Storm PaynePlaintiff's child, resident witness Will testify to incidents involving unknown agents entering the property, distress caused by eviction.
[ x] Yes [ ] No [ ] Forthcoming

3 Kayla McNeil Community observer and potential notary Will testify to receiving and witnessing notices, may provide independent verification of eviction events.
[x ] Yes [ ] No [ ] Forthcoming

4 Amos Westmoreland Legal or professional associate May testify to background on title searches, VA property protocols, or support affidavits.L, witness to Match 8, Community impact meeting with Chief clerk Alexander
[x ] Yes [ ] No [ ] Forthcoming

5 Isaac Realtor hired to rekey the property and take pictures. May testify to interactions with VRM or Drew Powers regarding title or possession.

[ ] Yes [ x] No [ ] Forthcoming

6 Bridget Gooden Veteran's widow; former owner Will testify that VA loan was satisfied and archived; transferred title to Plaintiff in 2013. Accompanied Plaintiff to VA in 2015.

[ x] Yes [ ] No [ ] Forthcoming

Note: This list may be supplemented prior to or during trial. Plaintiff reserves the right to amend the witness list and include rebuttal or expert witnesses as discovery proceeds.