UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 14 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

ANGELINE PAYNE,
Plaintiff,
v.
SECRETARY OF VETERANS AFFAIRS, et al.,
Defendants.
Case No: 1:25-CV-1703-MBC-JEM

UPDATED DAMAGES BREAKDOWN SHEET

A. Category B. Description of Harm C. Amount

A. Category
Economic Damages

B. Description
Loss of Home Equity & Property Rights
Due to wrongful lien, attempted dispossession, and inability to reclaim title

C. Amount $225,000

A. Category
Medical Impact (Disability, Stroke Aggravation)

B. Description of Harm
Emotional and physical deterioration aggravated by stress

C. Amount $95,000

A. Category

B. Description of Harm
Legal Costs & Documentation Research, printing, filing fees, postage, clerical assembly

C. Amount $5,000

Subtotal – Economic & Personal Harm Amount $325,000

II. TOTAL CLAIMED DAMAGES: $6,500,000

A. Allocation of Damages by Defendant

Defendant
1. BSI Financial Services

Role Summary
Initiated fraudulent lien & collection activity; lacked standing

Allocated Damages
$1,250,000

Defendant
2. Vendor Resource Management (VRM)
Attempted to change locks, entered property unlawfully through agent, Used show of force in attempt to evict.

Allocated Damages
$1,000,000

Defendant
3. Drew Powers

Role Summary
Misrepresented VA authority, filed dispossession without licensure

Allocated Damages
$600,000

Defendant
4. Secretary of Veterans Affairs (s)

Role Summary
Failed oversight; VA loan archive not enforced or clarified

Allocated Damages
$500,000

Defendant
5. Judge Ashley Drake

Role Summary
Facilitated unlawful dispossession proceeding

Allocated Damages
$350,000

Defendant
6. Judge Linda Borsky

Role Summary
Issued summary rulings without proper standing or notice

Allocated Damages
$350,000

Defendant

Role Summary
Participated in eviction orders ignoring VA records

Allocated Damages
$350,000

Defendant
8. Debbie Ann Rickman

Role Summary
Filed order where there was no jurisdiction which was entered in public records against Plaintiff

Allocated Damages
$300,000

Defendant
9. Judge Todd Ashley

Role Summary
Ordered to have all the plaintiffs motions dismissed and mischaracterized the plaintiff

Allocated Damages
$300,000

Defendant
10. Ché Alexander

Role Summary
Recorded or facilitated improper filings in clerk's office and suspected of participating in mail tampering

Allocated Damages
$250,000

Defendant
11. Marshall J. Wiley

Role Summary
Filed double filing of service one hour apart, for same property, one notoriously, from December 19th 2024 and and another service file on or around March 23rd 2024,

Allocated Damages
$250,000

Total: $6,500,000 |

Note: These damages reflect intentional infliction of harm, willful disregard for legal due process, and coordination of actions that attempted to strip Plaintiff of property, dignity, and housing rights. Punitive elements are included in these values.