Angeline Payne
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 26 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Date: August 26, 2025

Clerk of Court
U.S. District Court – Northern District of Georgia
75 Ted Turner Drive SW
Atlanta, GA 30303

Re: Filing of Third Amended Complaint
Civil Action No. 1:25-CV-01703-MHC-JEM

Dear Clerk:

Enclosed please find for filing in the above-referenced matter:

1. Plaintiff's Third Amended Complaint (TAC)

2. Defendants Information Sheet

3. Urgent TRO Injunction

4. Jurisdiction

Please kindly file-stamp the originals and return a copy to me

Respectfully,

:Angeline-Laverne: Payne ~©

Angeline Payne, Pro Se

2. Third Amended Complaint (TAC)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
(Atlanta Division)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 26 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

ANGELINE PAYNE,
Plaintiff, pro se

v.

Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley
United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman
and all others
Defendants.

Civil Action No. 1:25-CV-01703-MHC-JEM

THIRD AMENDED COMPLAINT

Plaintiff, in forma pauperis and pro se, brings this action against the above-named defendants and states as follows:

I. Jurisdiction & Venue

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1343 (civil rights), and 28 U.S.C. § 1367 (supplemental jurisdiction).

2. Venue is proper in this District because the property and events giving rise to the claims occurred in Fulton County, Georgia.

II. Parties

Plaintiff: Angeline Payne, Registered agent at 4585 Spring Valley Parkway, South Fulton, GA 30349, citizen of Georgia.

Defendants:

1. Veterans administration-Atlanta Regional – was the originating guarantor of the VA loan connected to the plaintiff's property and maintained records of that loan until it was archived.

2. Veterans administration, an Officer of the United States – were responsible for oversight enforcement related to the VA loan file and actions taken in connection with the property.

3. BSI Financial Services – claimed authority to foreclose on plaintiff's property and recorded foreclosure documents despite prior restraining orders and errors acknowledged in their own letters.

4. Vendor Resource Management – false holding creditor, wrongful entry onto property.

5. Ann Drew Powers– acted as counsel in foreclosure proceedings and filed documents on behalf of the Secretary of Veterans Affairs, an Officer of the United States without proper authority.

6. Ashley Drake – Magistrate judge, denied reconsidering plaintiff's hearing despite being aware that Court Mail had been returned to the courthouse from 2021 to June 2024.

7. Fulton County Chief Clerk – responsible for improper docketing, re-stamping voided files and was responsible for processing Court correspondence, after being informed of mail issues at the Crown Road Mail processing center knowing the impact on the citizenry, did not implement measures to ensure proper handling of Court mail.

8. Judge De Foors III – Opened a new case on the same property after dismissal, appellate review, and remand order without a docket number.

9. United States Marshal's office, Atlanta division - the United States Marshals office, Atlanta division, by and through its deputies: Deputy Marshal identified as 'J. Wildy' on the summons, who filed duplicate summons in the matter, and Deputy Marshal Coleman, who showed force in an eviction that was not authorized by writ of execution.

10. Linda Borski - acting as a Magistrate judge, struck Plaintiff's answer and removed Plaintiff's claim for $80,000 in damages.

11. Debbie Ann Rickman - attempted to transfer Plaintiff's dismissed case, which had been remanded by the appellate court, to Superior Court nine months later without a mandate, while the matter was already pending in federal court.

12. Todd Ashley - Magistrate Judge, struck all of Plaintiff's motions in the case and described Plaintiff as a sovereign citizen as the basis for his rulings.

III. Statement of Facts

To be submitted with requested time extension, August 29th 2025

IV. Claims for Relief

To be submitted with requested time extension, August 29th 2025

Angeline Payne, ProSe
4585 Spring Valley Parkway
South Fulton, GA 30349
404-202-2169
angelpayne1@gmail.com
August 26, 2025

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(Adjust for your federal district if different)

ANGELINE PAYNE,
Plaintiff,
v.
Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley

United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman
and all others
Defendants.

Case No. 1:25-CV-01703-MHC-JEM

THIRD AMENDED COMPLAINT AND NOTICE OF EMERGENCY

NOW COMES Plaintiff, Angeline Payne, pro se, and files this Third Amended Complaint ("TAC"), and respectfully shows this Court the following:

NOTICE OF EMERGENCY

1. Plaintiff files this TAC on an emergency basis because Defendants, through the Fulton County courts and U.S. Marshal's Office, are attempting to enforce a writ of possession and forcibly evict Plaintiff from her home at 4585 Spring Valley Parkway South Fulton Georgia 30349, within the next 48 hours (scheduled for Thursday, August 28, 2025.

2. This eviction arises from Case No. 32555, which was dismissed. Despite the dismissal, Defendants are pursuing enforcement based on Magistrate Judge Todd Ashley's striking of Plaintiff's motions.

3. Plaintiff asserts that this eviction effort is retaliatory and directly connected to the claims raised in the present federal action.

4. Due to the urgency and irreparable harm that eviction would cause, Plaintiff respectfully submits this TAC without full exhibits at this time. Plaintiff will file

supplemental exhibits as soon as possible by way of a Notice of Filing Supplemental Exhibits.

FACTUAL BACKGROUND

Yes — we can create a Statement of Facts section that lays out the roles and alleged actions of all 12 defendants in your case. This will become the backbone of your TAC and your emergency filings.

To make it complete and legally sharp, I need to confirm the list of your 12 defendants. From our past work, I've seen you name these (please correct if I'm missing or mislabeling):

1. U.S. Department of Veterans Affairs (VA)

2. Officer of the United States / Secretary of State

3. Drew Powers (false representation of VA counsel)

4. United States Marshal's Office – Atlanta Division

Marshal J. Wildy (served summons)

Marshal Coleman (executed force in eviction)

5. Linda Borski (struck your $80,000 damages answer)

6. Debbie Ann Rickman (improperly transferred dismissed case)

7. Todd Ashley (Magistrate Judge – struck all motions, labeled you sovereign citizen)

8. Judge DeForest (issued orders despite knowing the case facts and prior dismissals)

9. VRM (Vendor Resource Management) (alleged false creditor, sent realtor to rekey property)

10. Fulton County Clerk's Office (processed altered/manipulated documents with double stamps / no affidavits)

11. Bridget Gooden (widow of veteran seller, withholding Social Security info to block VA proof)

12. [Fill-in if another party is included, perhaps the Appellate Court actors or Realtors involved in entry]

STATEMENT OF FACTS

1. U.S. Department of Veterans Affairs (VA)
The VA is responsible for the administration of veterans' home loan guarantees. Plaintiff asserts that the VA archived the subject loan in 2015, before the foreclosure actions at issue. Despite this archival status, Defendants and their agents have continued to pursue eviction based on a void instrument, violating Plaintiff's rights and misusing federal authority.

2. Secretary of State / Officer of the United States
Plaintiff names the Secretary of State in their official capacity, alleging failure to oversee and prevent fraudulent legal proceedings and filings under color of law, including improper state recordation of property interests.

3. Drew Powers
Powers falsely represented herself as counsel for the Department of Veterans Affairs in dispossession proceedings, without license or authorization. Her misrepresentation constitutes fraud upon the court, creating a false appearance of VA involvement.

4. United States Marshal's Office – Atlanta Division
Through its agents, the Marshal's Office executed duplicate summonses and participated in an unauthorized eviction.

Marshal J. Wildy improperly filed duplicate summons in Plaintiff's matter, enabling unlawful state enforcement proceedings.

Marshal Coleman showed force at Plaintiff's home and participated in an attempted eviction without lawful order, exceeding authority and violating Plaintiff's due process rights.

5. Linda Borski
Borski struck Plaintiff's answer in related proceedings, which unlawfully deprived Plaintiff of her claim for $80,000 in damages, effectively silencing Plaintiff's defense.

6. Debbie Ann Rickman
Rickman attempted to transfer Plaintiff's dismissed case to Superior Court nine months after dismissal, despite the matter already being pending in federal jurisdiction. This action violated judicial process and deprived Plaintiff of proper venue protections.

7. Todd Ashley (Magistrate Judge)

Ashley struck all of Plaintiff's motions in the Magistrate Court, dismissing them without legal basis. He further decharacterized Plaintiff as a "sovereign citizen," which Plaintiff asserts was a false label used to delegitimize her pleadings and prejudice the proceedings.

8. Judge De Foors
DeForest knowingly issued rulings despite awareness of prior case dismissals and the existence of a closed matter. Plaintiff asserts that DeForest acted in collusion with other defendants to perpetuate fraud upon the court.

9. Vendor Resource Management (VRM)
VRM acted as a false holding creditor without lawful standing. VRM sent a realtor to rekey Plaintiff's home prior to any lawful foreclosure, constituting trespass, constructive eviction, and fraud.

10. Fulton County Clerk's Office Ché. Alexander
The Clerk's Office processed and filed manipulated documents, including orders bearing conflicting stamps and lacking affidavits of renewal. Plaintiff possesses originals showing alterations, which implicate the Clerk's Office in fraudulent recordkeeping and denial of due process.

11. Judge Drake Ashley
Judge Drake Ashley was the first judicial officer to refuse Plaintiff's motion for reconsideration, despite having knowledge of prior dismissals and procedural defects in the case. His refusal perpetuated the fraud and denied Plaintiff access to justice.

12. All others
realtor who trespassed, Superior court official who improperly docketed, or other unnamed parties

RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests:

1. That this Court accept the filing of this TAC on an emergency basis;

2. That this Court stay and enjoin Defendants from proceeding with eviction until this federal case is resolved;

3. That this Court issue an immediate Temporary Restraining Order pursuant to Fed. R. Civ. P. 65(b);

4. That Plaintiff be permitted to supplement exhibits to this TAC within 3 days;

5. And grant such other and further relief as this Court deems just and proper.

Respectfully submitted,

Angeline Payne
Pro Se Plaintiff
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169

Date: August 27, 2025