# FINAL NOTICE

**You are hereby notified that the person(s) and/or property located at:**

4588 SPRING VALLEY PKWY **are scheduled to be evicted IMMEDIATELY**

**by the Fulton County Marshal's Department.**

**Deputy Marshal:** 431 **Date:** ______ **Case#:** 23ED273255

*****You may avoid this writ being marked as EVICTED if you voluntarily VACATE the property and turn over the key(s) to your landlord/resident manager.*****

*COURTESY NOTICE*