RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
AUG 26 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Angeline Payne, Plaintiff,
v.
[Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley
United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman
and all others
]

Case No. 1:25-CV-01703-MHC-JEM

ORDER GRANTING EMERGENCY STAY OF EVICTION

Upon consideration of Plaintiff's Emergency Motion for Stay of Eviction and Request for Temporary Restraining Order, and for good cause shown, it is hereby:

ORDERED that Defendants, their agents, the Fulton County Sheriff's Office, and/or the U.S. Marshal's Office are enjoined from executing any eviction, writ of possession, or removal action against Plaintiff at [address] pending further order of this Court.

SO ORDERED this 26 day of August, 2025.

United States District Judge