UNITED STATES DISTRICT COURT
Northern District

ANGELINE PAYNE,
Plaintiff,

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
SEP 23 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

v.
[Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley
United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman
and all others
Defendants.

Case No. [1:25-CV-01703-MHC-JEM

# PLAINTIFF'S SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR RECONSIDERATION

COMES NOW Plaintiff, Angeline Payne, pro se, and respectfully submits this Supplemental Filing in further support of her pending Motion for Reconsideration. This filing is made on an EMERGENCY basis due to newly discovered evidence confirming that the eviction executed against Plaintiff was carried out without lawful standing or authority.

## I. NEW EVIDENCE SINCE DISMISSAL

### 1. VA Loan Guarantee Office Confirmation

On the date of the eviction (September 22, 2025), Plaintiff contacted the U.S. Department of Veterans Affairs, Regional Loan Guarantee Office. The VA confirmed that Plaintiff's property at 4585 Spring Valley Parkway was not on its docket, that the VA had no current interest, and that any loan file connected to the property was approximately 20 years old and archived. This establishes conclusively that neither the VA nor its agents had standing to authorize or execute eviction proceedings.

### 2. Altered Writ of Possession – Case 3255

Plaintiff obtained a copy of the writ of possession used in her eviction. The writ bears conflicting filing stamps (07/30/25 at 5:46 p.m., later crossed out; and 09/23/25 at 8:41 a.m., after eviction execution), and was issued under Case No. 3255, which had already been dismissed. Marshal handwritten notes show execution was first scheduled for 09/19/25, not carried out, then executed on 09/22/25 by Marshals badge #431 and #460. A writ issued under a dismissed case and altered in this way is void ab initio.

### 3. Realtor/Servicer Misconduct

A realtor working under the direction of a third-party servicer and the attorney's office admitted to Plaintiff that he "did not know who the owner was" but was told to manage and rekey the property. He further stated Plaintiff could remain until an "owner" told her to leave. These actions show that unauthorized agents were used to interfere with Plaintiff's property despite lack of standing.

## II. LEGAL BASIS FOR RECONSIDERATION

Standing is a jurisdictional prerequisite that cannot be waived. Steel Co. v. Citizens for a Better Env't, 523 U.S. 83 (1998).

An eviction carried out without a valid writ, and by parties lacking ownership authority, is unlawful and void.

The newly obtained evidence directly rebuts the basis for dismissal and demonstrates that Plaintiff's claims are neither moot nor barred, but instead supported by proof of fraud, conspiracy, and abuse of process.

III. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Grant reconsideration of its prior dismissal;

2. Vacate the eviction executed on September 22, 2025 as unlawful;

3. Issue an Emergency Temporary Restraining Order restoring Plaintiff to possession of her property at 4585 Spring Valley Parkway;

4. Set a hearing on Plaintiff's request for a Preliminary Injunction; and

5. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

:Angeline-Laverne:Payne©

Angeline Payne, Pro Se Plaintiff
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169

Date: September 23, 2025

Angeline Payne
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169

Date: September 23, 2025

Clerk of Court
United States District Court
Northern District
75 Ted Turner Drive SW
Atlanta Georgia 30303

Re: **EMERGENCY** – SUPPLEMENTAL FILING IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION

Case No. 1:25-CV-01703-MHC-JEM

Payne v. Secretary of Veterans Affairs et sk

Dear Clerk of Court,

Please find enclosed for EMERGENCY filing:

1. Plaintiff's Supplemental Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction;

2. Plaintiff's Affidavit of Truth – VA Loan Guarantee Office;

3. Plaintiff's Affidavit of Truth – Realtor/Third-Party Servicer Conduct;

4. Plaintiff's Master Exhibit List with attached Exhibits; and

5. Plaintiff's [Proposed] Order.

This supplemental filing is submitted as **EMERGENCY** material in direct connection with Plaintiff's pending Motion for Reconsideration. The relief requested is time-sensitive because

Plaintiff was unlawfully dispossessed of her home through execution of an altered writ of possession under a dismissed case number, despite the VA's confirmation that it has no current docketed interest in the property.

Plaintiff respectfully requests that this EMERGENCY filing be routed immediately to the Honorable Judge Coleman for urgent review.

Thank you for your prompt attention to this matter.

Respectfully submitted,

Angeline Payne
Pro Se Plaintiff

UNITED STATES DISTRICT COURT
Northern District

ANGELINE PAYNE,
Plaintiff,
v.
Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley
United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman
and all others
Defendants.

Case No. 1:25-CV-01703-MHC-JEM
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169

Date: September 23, 2025

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

Plaintiff Angeline Payne respectfully moves this Court pursuant to Fed. R. Civ. P. 65 for an Emergency Temporary Restraining Order ("TRO") and Preliminary Injunction to restore possession of her property and prevent further irreparable harm while her Motion for Reconsideration remains pending before this Court.

## I. BACKGROUND

1. Plaintiff is the lawful owner of the property located at 4585 Spring Valley Parkway, South Fulton GA 30349

2. This Court dismissed Plaintiff's case on August 26, 2025.

3. On August 27, 2025, Plaintiff timely filed a Motion for Reconsideration, which remains pending.

4. Despite the pending reconsideration and federal jurisdiction, on [date of eviction], U.S. Marshals executed an eviction, removing Plaintiff from the property.

5. On the day of eviction, Plaintiff contacted the U.S. Department of Veterans Affairs, Loan Guarantee Office, which confirmed that the property was not on the VA's docket. The VA further advised that the loan file was approximately 20 years old and had been placed in the Archive Department, establishing that no valid VA claim exists.

## II. LEGAL STANDARD

Under Fed. R. Civ. P. 65, this Court may issue a TRO or preliminary injunction to preserve the status quo where Plaintiff shows:

1. A likelihood of success on the merits;

2. Irreparable harm absent relief;

3. That the balance of equities favors Plaintiff; and

4. That relief is in the public interest.

## III. ARGUMENT

1. Likelihood of Success
Plaintiff has substantial grounds for reconsideration and relief. The VA's confirmation that it has no current interest in the property destroys the legitimacy of the eviction. Without standing, the servicers, attorneys, or agents had no authority to dispossess Plaintiff. See Steel Co. v. Citizens for a Better Env't, 523 U.S. 83 (1998) (standing is a jurisdictional prerequisite that cannot be waived).

2. Irreparable Harm
Plaintiff has been forcibly removed from her family home, suffered loss of shelter, and been deprived of peaceful possession despite lack of lawful authority. Each day of dispossession deepens the harm and cannot be repaired through monetary damages. The ongoing denial of possession despite proof of VA's lack of standing constitutes irreparable harm.

3. Balance of Equities
The balance of hardships tips heavily in Plaintiff's favor. Restoring Plaintiff to possession maintains the status quo pending this Court's ruling. Defendants suffer no material harm by allowing Plaintiff to remain in her home, whereas Plaintiff suffers homelessness and violation of her constitutional rights.

4. Public Interest
Granting relief ensures respect for federal jurisdiction, prevents abuse of eviction powers, and upholds due process. Allowing eviction to stand despite lack of standing undermines public confidence in the judicial system.

## IV. RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that this Court:

1. Issue a Temporary Restraining Order immediately restoring Plaintiff to possession of her property at 4585 Spring Valley Parkway and restraining Defendants from further eviction activity;

2. Set a hearing on a Preliminary Injunction at the Court's earliest convenience;

3. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

:Angeline-Lavern:Payne ©

Angeline Payne, Pro Se Plaintiff
[Angeline Payne
4585 Spring Valley Parkway
South Fulton, Georgia 30349

# EXHIBIT A

Affidavit of Truth
Realtor/ Third Party
Serivicer

AFFIDAVITOFTRUTHOFANGELINEPAYNE–REALTOR / THIRD-PARTY SERVICER

I,AngelinePayne,beingdulysworn,declareandstate as follows:

1.IamthePlaintiffintheabove-entitledmatterandhave personal knowledge of the facts set forth herein.

2.Onorabout[year,approx.4yearsago],arealtor,whose name is [insert realtor's full name if known],cameontomypropertylocatedat4585Spring Valley Parkway, South Fulton GEORGIA 30349 to re-key the locks.

3.Duringthisencounter,therealtortoldmeandmyfamily that "you can stay on the property until the owner tells you to leave."

4.WhenIaskedhimwhotheownerwas,therealtoradmitted that he "did not know."

5.Thissamerealtoralsotookphotographsofmyproperty at the direction of a third-party servicerand/ortheattorney'soffice.WhenIinstructed him to stop photographing my property andwarnedthatIwouldaddhimasadefendantinmy lawsuit, he immediately stopped.

6.Byhiswordsandactions,thisrealtordemonstrated that he was being used as a "taxi" by the attorney'sofficeandthethird-partyservicer,performing tasks to manage my property without lawfulauthorizationfromtheU.S.DepartmentofVeterans Affairs, which had no valid claim at the time.

7.TheseactionsshowthatDefendantsandtheiragents lacked standing and engaged in unauthorized interference with my property.

Ideclare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 23, 2025

__________________________

Angeline Payne, *Pro Se* Plaintiff

State of Georgia
County of [Your County]

Subscribed and sworn to before me this 23rd day of Sep, 2025.

__________________________

MARVIN WOOLEY NOTARY PUBLIC COMMISSION EXPIRES Jan. 21, 2027 DEKALB COUNTY, GA

AFFIDAVIT OF TRUTH – REALTOR / THIRD-PARTY SERVICER

UNITED STATES DISTRICT COURT
Northern District

ANGELINE PAYNE,
Plaintiff,

v.

Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley
United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman

andall others
Defendants.

Case No. 1:25-CV-01703-MHC-JEM

EXHIBIT B
Affidavit of Truth
VA Loan Guarantee
office

AFFIDAVIT OF TRUTH OF ANGELINE PAYNE – VA LOAN GUARANTEE OFFICE

I,Angeline Payne, being duly sworn, declare and state as follows:

1.Iamthe Plaintiff in the above-entitled matter and have personal knowledge of the facts set forthherein.

2.Onthe day of the eviction, September 22, 2025, I contacted the U.S. Department of Veterans Affairs,Regional Loan Guarantee Office at telephone number 877-827-3702.

3. I spoke directly with a VA loan representative, who confirmed that my property located at 4585 Spring Valley Parkway, College Park, GA, 30349 was not on the VA's active docket.

4. The representative further advised me that any VA loan file connected to my property was approximately 20 years old, and that any records would only be found in the VA Archive Department.

5. This confirmation establishes that the VA had no current jurisdiction, claim, or interest in my property at the time of eviction, and that any actions taken by servicers, attorneys, or agents in the VA's name were unauthorized.

Ideclare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: [Today's Date] 09/23/25

Angeline-Larm: Payne ©
Angeline Payne, Pro Se Plaintiff

State of Georgia
County of [Your County]

Subscribed and sworn to before me this 23rd day of Sep ______, 2025.

[signature]
Notary Public
My commission expires: 1/21/2027

MARVIN WOOLEY
NOTARY PUBLIC
COMMISSION EXPIRES
Jan. 21, 2027
DEKALB COUNTY, GA

AFFIDAVIT OF TRUTH – VA LOAN GUARANTEE OFFICE

UNITED STATES DISTRICT COURT
[District Name]

ANGELINE PAYNE,
Plaintiff,

v.
[Secretary of Veterans Affairs
United States Department of Veterans Affairs
Officer of the United States
BSI Financial Services
Vendor Resource Management (VRM)
Drew Powers
Judge Ashley Drake
Judge DeFoors
Judge Linda Borsky
Judge Debbie Ann Rickman
Judge Todd Ashley
United States Marshals Service (Atlanta Division)
Marshal J. Wildy (489)
Marshal Coleman
and all others,
Defendants.

Case No. 1:25-CV-01703-MHC-JEM

# EXHIBIT C

Application to Execute
Writ of Possession

PER: Drew Powers
1BPPL
15

Fulton County Magistrate Court
***E-FILED***NL
Date: 9/23/2025 8:41 AM
Che Alexander, Clerk
23ED273255

Fulton County Magistrate Court
***E-FILED***CT
Date: 7/30/2025 4:56 PM
Che Alexander, Clerk
23ED273255

# MAGISTRATE COURT OF FULTON COUNTY
## STATE OF GEORGIA
## APPLICATION TO EXECUTE WRIT OF POSSESSION

Case No. 23ED273255

Secretary of Veterans Affairs, an Officer of the United States
Plaintiff

1544 Old Alabama Rd
Address

Roswell GA 30076
City State Zip

kiera.fitts@mccalla.com
Email Address

9/19
11:30
vs. 8:30
9/22

Bridgette Gooden, Melvin Gooden, Angeline Payne "And All Others"
Defendants(s)

4585 Spring Valley Parkway
Property Address
College Park GA 30349
City State Zip

REC FC MARSHALL 25AUG07AM10:47

Application is hereby made to the Court for the issuance of a Writ of Possession due to the failure of the Defendant to:

_____ file his/her answer, and Plaintiff has not accepted money.

_____ comply with the Order of this Court dated_________, in that payment(s) of $__________, due on________ were missed, and Plaintiff has not accepted money after that date.

(X) pursuant to Court's Order, and Plaintiff has not accepted money in the interim.

(X) Other Final order dated in Superior Court on July 8th 2025 – Sheriff/Marshal says order that contains writ of possession hasn't been sent over by the Court.

Sworn to /Subscribed/ filed before me

This 30 day of July, 2025.

[signature]
Deputy Clerk/ Notary Public

PIPER E WITKOWSKI
MY COMMISSION EXPIRES MARCH 09 2029
FULTON COUNTY, GA.
NOTARY PUBLIC

This 30 day of July, 2025.

[signature]
Attorney/ Owner/ Agent Phone#
Drew Powers, Esq.
(678) 459-1062
(678) 281-6456

WRIT OF POSSESSION

GEORGIA, FULTON COUNTY

**TO THE MARSHAL OR HIS LAWFUL DEPUTIES:**

You are hereby commanded to remove said Defendant together with his/her property hereon from said house and premises and to deliver full and quiet possession of same to the Plaintiff herein.

This _____ day of 8/6/2025, _____.

Linda B. Barkley
Judge Magistrate Court of Fulton County

_____ Vacated _____ Settled ✓ Ejected _____ Held up ______________________

Comments:

Deputy Marshal: CPL. MILLSAP 431
DEP. WRIGHT 460
START-8:50AM
END-11:20AM

Date: 9/22/2025

EXHIBIT D

POSTING NO Trespass


VRM
VENDOR RESOURCE MANAGEMENT
NO TRESPASSING
Restricted Access
Violators Will Be Prosecuted
or information on this home, please contac
1-855-843-8323
Broker: Isaac E Scott, Sr.
Office/ Cell: 770-231-4878



# FULTON COUNTY MARSHAL'S OFFICE

## NO TRESPASSING

**BY ORDER OF THE STATE/MAGISTRATE COURT OF FULTON COUNTY**

**ALL PERSONS HAVE BEEN EVICTED FROM THESE PREMISES**

…85 SPRING VALLEY PKWY

If you enter without permission of the owner, you will be prosecuted for criminal trespass.

riminal Trespass is punishable by confinement for up to 12 months in the county jail and a fine of up to $1,000.00.

See O.C.G.A § 16-7-21(d), 17-10-3 (a) (I).

: 9/22/2025

Number: 23ED273255

Deputy Marshal: [signature] 431 (D.M.)

[signature] 400 (D.M.)

ANY LAW ENFORCEMENT OFFICER, THIS EVICTION ACTION CAN BE VERIFIED THROUGH RADIO.

EXHIBIT E

PICTURE of front yard after ejecting

