RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 24 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

ANGELINE PAYNE,

Plaintiff,

v.

Secretary of Veterans Affairs

United States Department of Veterans Affairs

Officer of the United States

BSI Financial Services

Vendor Resource Management (VRM)

Drew Powers

Judge Ashley Drake

Judge DeFoors

Judge Linda Borsky

Judge Debbie Ann Rickman

Judge Todd Ashley

United States Marshals Service (Atlanta Division)

Marshal J. Wildy (489)

Marshal Coleman

and all others

Defendants.

Case No. 1:25-CV-01703-MHC-JEM

(PROPOSED) ORDER GRANTING PLAINTIFF'S EMERGENCY MOTION FOR RECONSIDERATION AND TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's Emergency Motion for Reconsideration and Temporary Restraining Order, and for good cause shown, the Court finds that:

1. Plaintiff has demonstrated newly discovered evidence and manifest injustice warranting reconsideration of the prior dismissal order.

2. Plaintiff has shown a likelihood of success on the merits, irreparable harm absent relief, that the balance of equities favors Plaintiff, and that the public interest supports the requested injunction.

3. The writ of possession executed on September 22, 2025, was altered and void, and no lawful landlord was placed in possession as required by O.C.G.A. § 44-7-55.

4. Plaintiff has presented evidence of physical injury and deprivation of prescribed medical treatment resulting directly from the eviction, establishing irreparable harm.

Accordingly, it is hereby:

ORDERED that Plaintiff's Motion for Reconsideration is GRANTED.

ORDERED that Plaintiff's Emergency Motion for Temporary Restraining Order is GRANTED.

ORDERED that Plaintiff shall be immediately restored to possession of the property located at 4585 Spring Valley Parkway.

ORDERED that Defendants, their agents, attorneys, representatives, and all persons acting in concert with them are hereby ENJOINED from interfering with Plaintiff's possession of the property pending further order of this Court.

ORDERED that Defendants shall preserve all records, communications, and evidence relating to the issuance and execution of the writ of possession in Case No. 23ED273255 and the eviction of September 22, 2025.

SO ORDERED.

Dated: ____________________

Hon. ______________________

United States District Judge