FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
OCT 24 2025
KEVIN P. WEIMER, Clerk
By: Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANGELINE PAYNE,

Plaintiff,

v.
SECRETARY OF VETERANS AFFAIRS, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, OFFICER OF THE UNITED STATES, BSI FINANCIAL SERVICES, VENDOR RESOURCE MANAGEMENT (VRM), DREW POWERS, JUDGE ASHLEY DRAKE, JUDGE DEFOORS, JUDGE LINDA BORSKY, JUDGE DEBBIE ANN RICKMAN, JUDGE TODD ASHLEY, UNITED STATES MARSHALS SERVICE (ATLANTA DIVISION), MARSHAL J. WILDY (489), MARSHAL COLEMAN, and all others,
Defendants.

Civil Action No. 1:25-CV-01703-MHC-JEM

NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Angeline Payne, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final Order entered on October 14, 2025, by the Honorable Mark H. Cohen, United States District Judge, which denied Plaintiff's Motions for Reconsideration and Temporary Restraining Order and dismissed this case for lack of subject matter jurisdiction.

Plaintiff respectfully asserts that the district court erred in (1) construing her emergency Temporary Restraining Order filing as her final Third Amended Complaint, despite her timely extension and notice that she was still completing the full amended version; (2) dismissing the action prematurely while Plaintiff was under duress and attempting to prevent an unlawful eviction by federal officers; and (3) depriving Plaintiff of meaningful access to the court and due process under 28 U.S.C. § 1915(e) and the Fifth Amendment.

Plaintiff therefore appeals all rulings and orders leading to and including the October 14, 2025 Order and judgment of dismissal.

Respectfully submitted this 24 day of October 2025.

Signature: Angeline-Laverne: Payne ~©

ANGELINE PAYNE
Pro Se Plaintiff
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

Plaintiff, Angeline Payne, moves pursuant to Fed. R. App. P. 24(a)(3) to proceed on appeal in forma pauperis. Plaintiff was previously granted leave to proceed in forma pauperis in the district court and continues to be unable to pay appellate filing fees due to ongoing displacement and financial hardship. Plaintiff's appeal is taken in good faith and raises substantial issues of due process and jurisdiction.

Respectfully submitted,

:Angeline-Lavern:Payne

Angeline Payne

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was hand-delivered or mailed via first-class U.S. Mail to the Clerk of Court, U.S. District Court for the Northern District of Georgia, Atlanta Division, and copies were served upon all parties of record on this 24 day of October 2025.

:Angeline-Laverne:Payne ~©

**Angeline Payne**, Pro Se Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANGELINE PAYNE,

Plaintiff,

v.
SECRETARY OF VETERANS AFFAIRS, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, OFFICER OF THE UNITED STATES, BSI FINANCIAL SERVICES, VENDOR RESOURCE MANAGEMENT (VRM), DREW POWERS, JUDGE ASHLEY DRAKE, JUDGE DEFOOR II, JUDGE LINDA BORSKY, JUDGE DEBBIE ANN RICKMAN, JUDGE TODD ASHLEY, UNITED STATES MARSHALS SERVICE (ATLANTA DIVISION), MARSHAL J. WILDY (489), MARSHAL COLEMAN, and all others,
Defendants.

Civil Action No. 1:25-CV-01703-MHC-JEM

STATEMENT OF ISSUES ON APPEAL

Pursuant to Rule 10(b)(3) of the Federal Rules of Appellate Procedure, Plaintiff–Appellant Angeline Payne respectfully identifies the following issues presented for review by the United States Court of Appeals for the Eleventh Circuit:

1. Premature Dismissal and Due Process Violation
Whether the district court erred by treating Plaintiff's emergency Temporary Restraining Order filing as her final Third Amended Complaint, despite Plaintiff's timely request for and grant of an extension through August 29, 2025, thereby depriving her of the full period authorized to complete her filing.

2. Denial of Access to Court While Under Duress
Whether the district court's dismissal, entered while Plaintiff was under imminent threat of eviction and direct contact from federal marshals, violated her constitutional right to access the courts and due process of law by failing to consider coercive circumstances affecting her ability to finalize and present her claims.

3. Misapplication of 28 U.S.C. § 1915(e) "Frivolity" Review
Whether the district court misapplied § 1915(e) by dismissing the complaint for lack of subject-matter jurisdiction at the screening stage, where Plaintiff's pleadings raised substantial federal

questions and claims involving actions by the United States Department of Veterans Affairs and federal officers.

4. Failure to Consider Newly Presented Evidence of Standing Defects
Whether the court erred in denying reconsideration and a temporary restraining order by refusing to review Plaintiff's newly submitted documentary evidence demonstrating that the named defendants lacked legal standing to foreclose or evict under federal and state law.

5. Violation of Equal Protection and Judicial Fairness Standards
Whether the cumulative conduct of the district court—denying reconsideration, refusing equitable relief, and dismissing the case without a hearing—constituted arbitrary and unequal treatment of an in forma pauperis litigant contrary to the Fifth and Fourteenth Amendments.

Respectfully submitted this 24 day of October 2025.

:Angeline - Laverne-Payne ©

ANGELINE PAYNE
Pro Se Plaintiff–Appellant
4585 Spring Valley Parkway
South Fulton, Georgia 30349
angelpayne1@gmail.com
404-202-2169