**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3318**
**www.gand.uscourts.gov**

**KEVIN P. WEIMER**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

October 28, 2025

**Angeline Payne**
**4585 Spring Valley Parkway**
**South Fulton, GA 30349**
**404-202-2169**
**PRO SE**

**Re: Angeline Payne v. Secretary of Veterans Affairs et al**
**Civil Action No.: 1:25-cv-1703-MHC**

Dear Ms. Payne,

On October 24, 2025, we received and filed your Notice of Appeal for the above case. Please be advised that we did not receive the following:

__X__ **Appeal fee $605.00 (Docketing fee $600.00 and Filing fee $5.00)**

__X__ **Application to proceed on appeal in forma pauperis.**

_____ Please complete the attached transcript information form as directed.

Sincerely,

Kevin P. Weimer
District Court Executive
and Clerk of Court

By: P. McClam
Deputy Clerk