UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 31 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

ANGELINE PAYNE,

Plaintiff,

v.

Secretary of Veterans Affairs, et al.,
Defendants.

Case No. 1:25-cv-01703-MHC-JEM

MOTION FOR TRANSCRIPT AT GOVERNMENT EXPENSE

COMES NOW, Plaintiff and Appellant Angeline Payne, proceeding in forma pauperis, and respectfully moves this Honorable Court, pursuant to 28 U.S.C. § 753(f), for the preparation of the transcript(s) of any hearing(s) held in this matter at government expense.

1. Ms. Payne has noticed an appeal to the United States Court of Appeals for the Eleventh Circuit from the district court's orders denying a Temporary Restraining Order and denying reconsideration.

2. The requested transcript(s) are necessary to provide the appellate court with a complete and accurate record of the proceedings and rulings of the district court.

3. Ms. Payne is proceeding under 28 U.S.C. § 1915 and lacks the financial means to pay for transcript preparation.

4. The appeal is taken in good faith and is not frivolous.

WHEREFORE, Ms. Payne respectfully requests that this Court authorize the preparation of the transcript(s) of any hearings conducted in this matter at government expense and direct the court reporter to prepare and file the same.

Respectfully submitted this 27th day of October, 2025.

:Angeline-Laverni:Payne©

Angeline Payne
Pro Se Plaintiff / Appellant
4585 Spring Valley Parkway
Phone: 404-202-2169
Email: angelpayne1@gmail.com

UNITED STATESDISTRICT COURT

NORTHERN DISTRICT OF GEORGIA
ATLANTADIVISION

ANGELINE PAYNE,

Plaintiff,

v.

Secretary of Veterans Affairs, et al.,
Defendants.

CaseNo. 1:25-cv-01703-MHC-JEM

## CERTIFICATE OF NO TRANSCRIPT

I,Angeline Payne, the Plaintiff and Appellant in the above-captioned case, hereby certify that no transcripts are being ordered in connection with my appeal to the United States Court of Appeals forthe Eleventh Circuit.

Thisappeal concerns written motions and orders — including the denial of the Temporary Restraining Order and the Motion for Reconsideration — that were decided on the record without an oral hearing. Therefore, no oral transcript exists or is required for the record on appeal.

Respectfully submitted this 27th day of October, 2025.

:Angeline-Lavern:Payne ©

Angeline Payne
Pro Se Plaintiff / Appellant
4585 Spring Valley Parkway
Phone: 404-202-2169
Email: angelpayne1@gmail.com

# CERTIFICATE OF SERVICE

Ihereby certify that I have filed the foregoing documents — Certificate of No Transcript and Motion for Transcript at Government Expense — with the Clerk of Court for the Northern District of Georgia.

Because Plaintiff is proceeding in forma pauperis, service of these filings is requested to be completed by the Clerk or the United States Marshal under 28 U.S.C. § 1915(d) and Rule 4(c)(3) of the Federal Rules of Civil Procedure.

Copies are to be served on:

Secretary of State of Texas
Business & Public Filings Division
1019 Brazos Street
Austin, TX 78701 For: the two out of state defendants:

BSI Financial Services, Inc.
4200 Regent Blvd, Suite B200
Irving, Texas 75063

VRM (Vendor Resource Management)
6875 Walter Reeder Dr.
El Paso, Texas 79934

Secretary of Veterans Affairs
Office of the General Counsel – U.S. Department of Veterans Affairs
Official VA service address for federal litigation
810 Vermont Avenue NW
Washington, DC 20420

Judge Ashley Drake
Fulton County Magistrate Court 160 Pryor Street SW, Suite J-150 Atlanta, GA 30303
Named in official and personal capacity: county court judge

Judge John DeFoor II
Fulton County Magistrate Court 160 Pryor Street SW, Suite J-150 Atlanta, GA 30303
Named in official and personal capacity: county court judge

Judge Debbie Ann Rickman
Fulton County Magistrate Court 160 Pryor Street SW, Suite J-150 Atlanta, GA 30303
Named in official and personal capacity; county court judge

Judge Linda Borsky
Fulton County Magistrate Court 160 Pryor Street SW, Suite J-150 Atlanta, GA 30303
Named in official and personal capacity; county court judge

Judge Todd Ashley
Fulton County Magistrate Court 160 Pryor Street SW, Suite J-150 Atlanta, GA 30303
Named in official and personal capacity; county court judge

Magistrate and Superior Court Clerk Ché Alexander
Fulton County Magistrate Court 160 Pryor Street SW, Suite J-150 Atlanta, GA 30303
Named in official and personal capacity; county court clerk

U.S. Marshal J. Wildy (489)
Marshal Coleman
Corporal Copeman, in their individual capacity
c/o U.S. Marshals Service – Northern District of Georgia
75 Ted Turner Drive SW, Suite 1600
Atlanta, GA 30303-3311

U.S. Marshals Service – Northern District of Georgia
Richard B. Russell Federal Building & U.S. Courthouse
75 Ted Turner Drive SW, Suite 1600

Respectfully submitted this 27th day of October, 2025.

:Angeline-Laverne: Payne ©

Angeline Payne
Pro Se Plaintiff / Appellant
4585 Spring Valley Parkway
Phone: 404-202-2169
Email: angelpayne1@gmail.com

Note to Clerk:
Plaintiff respectfully requests that the Clerk of Court forward these filings for service by the United States Marshal under 28 U.S.C. § 1915(d), as the Defendants have been evasive and out-of-state, and Plaintiff is without means to serve them personally.

CERTIFIED MAIL

ATLANTA GA RPDC 302
29 OCT 2025 PM 2 L

1775 ★ 2025

9589 0710 5270 2553 4867 03

From: Payne, Angeline
4585 Spring Valley Pkwy
South Fulton
GA 30349

Retail

UNITED STATES POSTAL SERVICE

30303

RDC 99

U.S. POSTAGE PAID
FCM LETTER
RED OAK, GA 30272
OCT 28, 2025

$10.77

S2324M501003-11

CLEARED DATE
OCT 3 1 2025
U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
OCT 3 1 2025
U.S. Marshals Service
Atlanta, GA 30303

RETURN RECEIPT REQUESTED

CLEARED DATE
OCT 3 1 2025
U.S. Marshals Service
Atlanta, GA 30303

To: Clerk of Court
U.S. District Court
Richard B. Russell
75 Ted Turner Drive SW
Atlanta, GA 30303-3309

ReadyPost
Document Mailer

30303-331861

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

UNITED STATES POSTAL SERVICE®

6" x 9" Envelope

1PJE2150 • AIC-093
Product Code 93300006
www.usps.com
A product of the United States Postal Service®
MADE IN THE U.S.A.

00

0 15645 72738 0