**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**ANGELINE PAYNE,**

**Plaintiff,**

**v.**

**SECRETARY OF VETERANS AFFAIRS, et al.,**

**Defendants.**

**CIVIL ACTION FILE**

**NO. 1:25-CV-1703-MHC**

## ORDER

On August 27, 2025, this Court entered an Order dismissing Plaintiff's Third Amended Complaint for lack of subject matter jurisdiction and denying Plaintiff's Motion for Temporary Restraining Order as moot [Doc. 26]. On October 14, 2025, this Court denied Plaintiff's Emergency Motions for Reconsideration and Temporary Restraining Order [Doc. 31].

On October 24, 2025, Plaintiff filed a Notice of Appeal of this Court's Orders [Doc. 32], and on this date has filed an application to proceed on appeal in forma pauperis [Doc. 37], the latter of which is before this Court for review. 28 U.S.C. § 1915(a)(3) sets forth the standard for appealing in forma pauperis: "An appeal may not be taken in forma pauperis if the trial court certifies in writing that

it is not taken in good faith." See also FED R. APP. P. 24(a)(2) ("If the district court denies the motion, it must state its reasons in writing.").

"Good faith" in this context is measured objectively. Coppedge v. United States, 369 U.S. 438, 445 (1962). "[A] defendant's good faith . . . [is] demonstrated when he seeks appellate review of any issue not frivolous." Id. at 445. An *in forma pauperis* action is frivolous if it is "without arguable merit in either law or fact." Bilal v. Driver, 251 F.3d 1346, 1349 (11th Cir. 2001); see also Neitzke v. Williams, 490 U.S. 319, 325 (1989). However, if the claim is arguable, but "ultimately will be unsuccessful," the claim should survive a frivolity review. Cofield v. Ala. Pub. Serv. Comm'n, 936 F.2d 512, 515 (11th Cir. 1991).

Having reviewed the record before it, the Court concludes that Plaintiff's appeal lacks an arguable basis in law. Therefore, the Court **CERTIFIES** that any appeal from the Court's prior Orders is not taken in good faith.

Based on the foregoing, Plaintiff's application to appeal in forma pauperis [Doc. 37] is **DENIED**. Further requests to proceed in forma pauperis on appeal should be directed, on motion, to the United States Court of Appeals for the

Eleventh Circuit in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED** this 17th day of November, 2025.

MARK H. COHEN
United States District Judge