**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **ANGELINE PAYNE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**SECRETARY OF VETERANS AFFAIRS, UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, OFFICER OF THE UNITED STATES, BSI FINANCIAL SERVICES, VENDOR RESOURCE MANAGEMENT (VRM), DREW POWERS, JUDGE ASHLEY DRAKE, JUDGE DEFOORS, JUDGE LINDA BORSKY, JUDGE DEBBIE ANN RICKMAN, JUDGE TODD ASHLEY, UNITED STATES MARSHALS SERVICE (ATLANTA DIVISION), MARSHAL J. WILDY (489), MARSHAL COLEMAN, and all others,**<br><br>**Defendants.** | **CIVIL ACTION FILE**<br><br>**NO. 1:25-CV-1703-MHC-JEM** |

## ORDER

Given this Court's denial of Plaintiff's Application to Appeal in forma pauperis, it is hereby **ORDERED** that Plaintiff's Motion for Transcript at Government Expense [Doc. 35] is **DENIED**.

**IT IS SO ORDERED** this 18th day of December, 2025.

MARK H. COHEN
United States District Judge